1  LIONEL Z. GLANCY (#134180)
2  MICHAEL GOLDBERG (#188669)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
4  Los Angeles, California 90067
   Telephone:  (310) 201-9150
5  Facsimile:  (310) 201-9160
6  E-mail:     info@glancylaw.com

7  [Additional Counsel on Signature Page]
8
9  Attorneys for Plaintiff Fred Jean

10              UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12
13                     SOUTHERN DIVISION
14

15 | FRED JEAN, Individually and on Behalf of | ) No.  SACV09-01304 JVS (MLGx)
16 | All Others Similarly Situated,           | ) CLASS ACTION
17 |                                          | )
18 |                     Plaintiff,           | ) NOTICE OF INTERESTED
                                              | ) PARTIES
19 |          v.                              | )
20 | STEC, INC., MANOUCH MOSHAYEDI,           | )
21 | and MARK MOSHAYEDI,                      | )
22 |                                          | )
23 |                     Defendants.          | )

                    NOTICE OF INTERESTED PARTIES

The undersigned counsel of record for Plaintiff Fred Jean, certify that the following listed parties have a direct and pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Fred Jean

2. Glancy Binkow & Goldberg LLP

3. Saxena White P.A.

4. All persons and entities who purchased or otherwise acquired the common stock of STEC's securities between August 3, 2009 and November 3, 2009, inclusive.

DATED: November 6, 2009    **GLANCY BINKOW & GOLDBERG LLP**

By: _____
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**SAXENA WHITE P.A.**
Maya S. Saxena
Joseph E. White III
2424 N. Federal Highway
Suite 257
Boca Raton, Florida 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Attorneys for Plaintiff Fred Jean*