1  FINKELSTEIN & KRINSK LLP
   JEFFREY R. KRINSK (109234)
2  jrk@classactionlaw.com
   MARK L. KNUTSON (131770)
3  mlk@classactionlaw.com
   C. MICHAEL PLAVI II (217153)
4  cmp@classactionlaw.com
   501 West Broadway, Suite 1250
5  San Diego, CA 92101
   Telephone: 619/238-1333
6  Facsimile: 619/238-5425

7  *Attorneys for Proposed
   Lead Plaintiff Keith Johnson*

8

9

10                     UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12                          SOUTHERN DIVISION

13

14  FRED JEAN,                    )  Case No. 8:09-cv-01304-JVS-MLG
                                  )
15  Plaintiff(s),                 )  **NOTICE OF MOTION AND
                                  )  MOTION OF KEITH JOHNSON
16        vs.                     )  FOR APPOINTMENT AS LEAD
                                  )  PLAINTIFF; APPROVAL OF LEAD
17  STEC, INC. ET AL,             )  COUNSEL AND CONSOLIDATION
                                  )  OF ACTIONS**
18  Defendant(s).                 )
                                  )  Date:  N/A
19  _____ )  Time:  N/A
                                     Place: Courtroom 10-C
20                                   Before: The Honorable James V. Selna

21

22

23

24

25

26

27

28

- 1 -

1     PLEASE TAKE NOTICE that on a date and time as may be set by the
2 Court, before the Honorable James V. Selna, at the United States District Court for
3
4 the District of California, Southern Division, located at 411 West Fourth Street,
5 Santa Ana, California 92701, Courtroom 10-C, Keith Johnson (the "Movant"), will
6 respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities
7
8 Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as
9 amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"),
10 for entry of an Order (1) appointing Keith Johnson as Lead Plaintiff in the
11
12 consolidated actions; (2) approving Movant's selection of Finkelstein & Krinsk
13 LLP as Lead Counsel for the class; (3) consolidation of actions and (4) granting
14 such other relief as the Court may deem just and proper. This Motion is supported
15
16 by the accompanying Memorandum of Law and the Declaration of Jeffrey R.
17 Krinsk filed herewith, the pleadings and other filings, and such other written and
18 oral argument as may be permitted by the Court.[1]
19
20
21
22
23
24

---

[1] Given the inability to identify all lead plaintiff movants and the nature of these proceedings, compliance with L.R. 7-3 pre-motion meet and confer requirement is impracticable at the time of filing this motion. Once timely lead plaintiff motions have been filed pursuant to the PSLRA, the parties will be in a better position to evaluate and meaningfully discuss the substance and potential resolution of lead plaintiff motions.

- 2 -

Dated: January 5, 2010

FINKELSTEIN & KRINSK LLP

/s/ Jeffrey R. Krinsk

FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (109234)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

*Attorneys for Keith Johnson*