1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated, | ) CASE NO.  SACV 09-1304 JVS(MLGx) )  ) <u>CLASS ACTION</u> |
| Plaintiff, | ) ) **[PROPOSED] ORDER APPOINTING** |
| STEC, INC., MANOUCH MOSHAYEDI and MARK MOSHAYEDI, | ) **JONATHAN FISCHER AS LEAD** ) **PLAINTIFF AND APPROVING HIS** ) **SELECTION OF CO-LEAD** ) **COUNSEL** |
| Defendants. | ) ) |

Having considered the Motion of Plaintiff Jonathan Fischer ("Movant") for Appointment as Lead Plaintiff and for Approval of His Selection of Co-Lead Counsel, the accompanying Memorandum of Points and Authorities and Declaration of Leigh A. Parker filed concurrently in support thereof, and good cause appearing therefore:

1. Jonathan Fischer is hereby appointed Lead Plaintiff for the class pursuant to §21D of the Securities Exchange Act of 1934, on the grounds that Movant is the "most adequate plaintiff" as defined by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), having demonstrated his financial interest in the litigation, and that Movant otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

2. Lead Plaintiff's selection of Weiss & Lurie and Stull, Stull & Brody as Co-Lead Counsel for the plaintiff class is hereby approved. Pursuant to §21D(a)(3)(B)(V), the law firms of Weiss & Lurie and Stull, Stull & Brody are appointed Co-Lead Counsel for the plaintiff class.

IT IS SO ORDERED.

DATED:_____     _____
　　　　　　　　　　　　　THE HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1