FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (109234)
jrk@classactionlaw.com
MARK L. KNUTSON (131770)
mlk@classactionlaw.com
C. MICHAEL PLAVI II (217153)
cmp@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
Facsimile: 619/238-5425

*Attorneys for Proposed*
*Lead Plaintiff Keith Johnson*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, | Case No. 8:09-cv-01304-JVS-MLG |
| Plaintiff(s), | **[PROPOSED] ORDER RE: APPOINTMENT OF LEAD PLAINTIFF; APPOINTMENT OF LEAD COUNSEL AND CONSOLIDATION OF ACTIONS** |
| vs. | |
| STEC, INC. ET AL, | |
| Defendant(s). | Date: N/A<br>Time: N/A<br>Place: Courtroom 10-C<br>Before: The Honorable James V. Selna |

- 1 –

Upon consideration of Keith Johnson's motion for appointment as lead plaintiff, approval of selection of lead counsel and consolidation of actions, and competing motions and responses thereto,

**IT IS HEREBY ORDERED THAT:**

1. The Motion of Keith Johnson is **GRANTED.**

2. Keith Johnson is hereby **APPOINTED** to serve as Lead Plaintiff for all purchasers of STEC, Inc., securities between June 16, 2009 and November 3, 2009, inclusive and who were damaged thereby (the "Class");

3. The law firm of Finkelstein & Krinsk LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class; and

4. The following cases are hereby consolidated pursuant to F.R.C.P. 42(a), including any subsequently filed related actions:

   *Fred Jean v. STEC, Inc., et al.*, Civil Case No. 09-cv-01304 (JVS)(MLG) (Filed November 6, 2009);

   *Hadi Sakhai v. STEC, Inc., et al.*, Civil Case No. 09-cv-01306 (DOC)(MLG) (Filed November 6, 2009);

   *Fred Greenwald v. STEC, Inc., et al.*, Civil Case No. 09-cv-01315 (CJC)(RNB) (Filed November 9, 2009);

   *Daniel Munter v. STEC, Inc., et al.*, Civil Case No. 09-cv-01320 (DOC)(RNB) (Filed November 10, 2009);

   *Jonathan Fischer v. STEC, Inc., et al.*, Civil Case No. 09-cv-8536 (CAS)( MLG) (Filed November 19, 2009);

   *Marcel Weinberger v. STEC, Inc., et al.*, Civil Case No. 09-cv-01460 (CJC)(RNB) (Filed December 11, 2009).

**SO ORDERED:**

Dated: _____, 2010

_____
Hon. James V. Selna
United States District Judge