## CERTIFICATE OF SERVICE

I, Andrea Vasquez, certify that on January 5, 2010, I electronically mailed and Federal Expressed the foregoing **NOTICE OF MOTION AND MOTION OF KEITH JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF; APPROVAL OF LEAD COUNSEL AND CONSOLIDATION OF ACTIONS; MEMORANDUM OF LAW IN SUPPORT OF MOTION OF KEITH JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF; APPROVAL OF LEAD COUNSEL AND CONSOLIDATION OF ACTIONS; DECLARATION OF JEFFREY R. KRINSK IN SUPPORT OF MOTION OF KEITH JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF; AND [PROPOSED] ORDER RE: APPOINTMENT OF LEAD PLAINTIFF; APPOINTMENT OF LEAD COUNSEL AND CONSOLIDATION OF ACTIONS** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following individuals:

Lionel Z. Glancy
Michael M. Goldberg
Glancy Binkow and Goldberg, LLP
1801 Avenue of the Stars, Stuite 311
Los Angeles, CA 90067
310-201-9150
310-201-9160
lglancy@glancylaw.com
mmgoldberg@glancylaw.com

Attorney for Plaintiff Fred Jean

DATED: January 5, 2010        /s/ Andrea Vasquez

                              Andrea Vasquez
                              **FINKELSTEIN & KRINSK LLP**
                              The Koll Center
                              501 West Broadway, Suite 1250
                              San Diego, CA 92101
                              Tel: 619.238.1333
                              Fax: 619.238.5425