STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:   (619) 230-1874

*Attorneys for the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union*

CHRISTOPHER J. KELLER
ckeller@labaton.com
JOSEPH A. FONTI
jfonti@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0853
Facsimile:   (212) 883-7053

*Attorneys for the New Orleans Employees' Retirement System*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEC, INC., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI, <br><br> Defendants. | Case No. 8:09-CV-01304-JVS <br><br> <u>CLASS ACTION</u> <br><br> ORAL ARGUMENT REQUESTED <br> DATE:  February 8, 2010 <br> TIME:   1:30 p.m. <br> CTRM:  10C <br> Honorable James V. Selna |

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES, APPOINT CO-LEAD PLAINTIFFS AND APPROVE OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

| | |
|---|---|
| HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 8:09-CV-01306-JVS |
| ) | <u>CLASS ACTION</u> |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC. and OPPENHEIMER & CO. INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 8:09-CV-01315-JVS |
| ) | <u>CLASS ACTION</u> |
| Plaintiff, ) | |
| v. ) | |
| STEC, INC., MANOUCH MOSHAYEDI, and MARK (MERHADAD) MOSHAYEDI ) | |
| Defendants. ) | |

| | |
|---|---|
| DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 8:09-CV-01320-JVS |
| Plaintiff, ) | <u>CLASS ACTION</u> |
| v. ) | |
| STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, ) | |
| Defendants. ) | |

| | |
|---|---|
| MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:09-CV-01460-CJC |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, | |
| Defendants. | |
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:09-CV-08536-JVS |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, | |
| Defendants. | |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 8, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable James V. Selna, United States District Judge, 411 West Fourth Street, Santa Ana, California, Courtroom 10C, the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("ATU 85"), by its undersigned attorneys, and the New Orleans Employees' Retirement System ("New Orleans"), by its undersigned attorneys, will, and hereby do, move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as added by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 ("PSLRA"), for an Order: (1) consolidating all related actions; (2) appointing ATU 85 and New Orleans as Co-Lead Plaintiffs in this litigation for all claims asserted by purchasers of the securities of STEC, Inc. ("STEC" or the "Company"); and (3) approving their choice of counsel, the law firms of Barrack, Rodos & Bacine, and Labaton Sucharow LLP as Co-Lead Counsel in this action.

The motion to appoint ATU 85 and New Orleans as Co-Lead Plaintiffs in this litigation for all claims asserted by purchasers of STEC securities, and to approve their selection of Co-Lead Counsel, is based upon their status as the most adequate plaintiffs under the PSLRA and the qualifications of their proposed counsel. In support of their motion, ATU 85 and New Orleans rely upon the following Memorandum of Points and Authorities, the Declaration of

///
///
///
///

1

1 | Samuel M. Ward dated January 5, 2010, including the Certifications of ATU 85

2 | and New Orleans, the pleadings filed in this case, and such other written or oral

3 | argument as may be presented to the Court.

4 |

5 | DATED:  January 5, 2010                    BARRACK RODOS & BACINE

6 |

                                          /s/  STEPHEN R. BASSER
7 |                                          STEPHEN R. BASSER

8 |                                     Stephen R. Basser
                                       Samuel M. Ward
9 |                                     One America Plaza
                                       600 West Broadway, Suite 900
10 |                                    San Diego, California 92101
                                       Telephone: (619) 230-0800
11 |                                    Facsimile:  (619) 230-1874
                                       E-mail:     sbasser@barrack.com
12 |                                                 sward@barrack.com

13 |                                    BARRACK, RODOS & BACINE
                                       Daniel E. Bacine
14 |                                    3300 Two Commerce Square
                                       2001 Market Street
15 |                                    Philadelphia, PA  19103
                                       Phone: (215) 963-0600
16 |                                    Facsimile: (215) 963-0838
                                       Email:  dbacine@barrack.com
17 |

18 |                                    *Attorneys for the Port Authority of*
                                       *Allegheny County Retirement and*
19 |                                    *Disability Allowance Plan for*
                                       *Employees Represented by Local 85 of*
20 |                                    *the Amalgamated Transit Union*

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

DATED: January 5, 2010                    LABATON SUCHAROW LLP

                                          _____
                                          CHRISTOPHER J. KELLER

                                          Christopher J. Keller
                                          Joseph A. Fonti
                                          140 Broadway
                                          New York, NY 10005
                                          Telephone:  (212) 907-0853
                                          Facsimile:  (212) 883-7053
                                          ckeller@labaton.com
                                          jfonti@labaton.com

                                          Attorneys for the New Orleans Employees'
                                          Retirement System

3

Case No. SACV09-01304 - NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES AND
APPOINT CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL