1  STEPHEN R. BASSER (121590)
   sbasser@barrack.com
2  SAMUEL M. WARD (216562)
   sward@barrack.com
3  BARRACK, RODOS & BACINE
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA  92101
5  Telephone:  (619) 230-0800
   Facsimile:   (619) 230-1874
6
7  *Attorneys for the Port Authority of Allegheny County Retirement and
   Disability Allowance Plan for Employees Represented by Local 85 of the
8  Amalgamated Transit Union*

9  CHRISTOPHER J. KELLER
   ckeller@labaton.com
10 JOSEPH A. FONTI
   jfonti@labaton.com
11 LABATON SUCHAROW LLP
   140 Broadway
12 New York, NY 10005
   Telephone:  (212) 907-0853
13 Facsimile:   (212) 883-7053

14
   *Attorneys for the New Orleans Employees' Retirement System*
15
                 **UNITED STATES DISTRICT COURT**
16
                 **CENTRAL DISTRICT OF CALIFORNIA**
17
                         **SOUTHERN DIVISION**
18

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Case No. 8:09-CV-01304-JVS |
| | CLASS ACTION |
| Plaintiffs, ) ) | ORAL ARGUMENT REQUESTED |
| v. ) | DATE:  February 8, 2010 |
| ) | TIME:   1:30 p.m. |
| STEC, INC., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI, ) ) ) | CTRM:  10C |
| | Honorable James V. Selna |
| Defendants. ) | |

                 **DECLARATION OF SAMUEL M. WARD IN**
                 **SUPPORT OF MOTION TO CONSOLIDATE RELATED**
                 **CASES, APPOINT CO-LEAD PLAINTIFFS AND APPROVE OF**
                 **CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

---

Case No. SACV09-01304 - DECL. OF S. WARD IN SUPPORT OF MOTION TO CONSOLIDATE RELATED
CASES, APPOINT CO-LEAD PLAINTIFFS AND APPROVE OF CO-LEAD PLAINTIFFS' SELECTION OF CO-
LEAD COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:09-CV-01306-JVS |
| Plaintiff, | CLASS ACTION |
| v. | |
| STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC. and OPPENHEIMER & CO. INC., | |
| Defendants. | |
| FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:09-CV-01315-JVS |
| Plaintiff, | CLASS ACTION |
| v. | |
| STEC, INC., MANOUCH MOSHAYEDI, and MARK (MERHADAD) MOSHAYEDI | |
| Defendants. | |
| DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:09-CV-01320-JVS |
| Plaintiff, | CLASS ACTION |
| v. | |
| STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, | |
| Defendants. | |

| | |
|---|---|
| 1  MARCEL WEINBERGER, Individually) | Case No. 8:09-CV-01460-JVS |
| 2  and on Behalf of All Others Similarly ) Situated, ) | CLASS ACTION |
| 3  ) | |
| 4  Plaintiff, ) v. ) | |
| 5  STEC, INC., MANOUCH ) MOSHAYEDI, MARK MOSHAYEDI, ) | |
| 6  AND RAYMOND D. COOK, ) | |
| 7  Defendants. ) | |
| 8  ) | |
| 9  JONATHAN FISCHER, Individually ) and on Behalf of All Others Similarly ) | Case No. 2:09-CV-08536-JVS |
| 10  Situated, ) | CLASS ACTION |
| 11  ) Plaintiff, ) | |
| 12  v. ) | |
| 13  STEC, INC., MANOUCH ) MOSHAYEDI, MARK MOSHAYEDI, ) AND RAYMOND D. COOK, ) | |
| 14  ) | |
| 15  Defendants. ) | |

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. SACV09-01304 - DECL. OF S. WARD IN SUPPORT OF MOTION TO CONSOLIDATE RELATED
CASES, APPOINT CO-LEAD PLAINTIFFS AND APPROVE OF CO-LEAD PLAINTIFFS' SELECTION OF CO-
LEAD COUNSEL

1

2  Samuel M. Ward, pursuant to 28 U.S.C. § 1746, declares as follows:

3        1.    I am admitted to, and a member in good standing of, the bar of the

4  Supreme Court of California and the United States District Court for the Central

5  District of California, as well as various other state and federal courts.  I submit

6  this declaration in support of the motion filed by the Port Authority of Allegheny

7  County Retirement and Disability Allowance Plan for Employees Represented by

8  Local 85 of the Amalgamated Transit Union ("ATU 85") and the New Orleans

9  Employees' Retirement System ("New Orleans") to consolidate all related

10  actions, appoint them as the co-lead plaintiffs for these consolidated actions and

11  approve their selection of co-lead counsel.  Attached as exhibits are true and

12  correct copies of the following:

13

14   Exhibit 1:    Notice dated November 6, 2009, of the filing of Jean's
              complaint in the Central District of California against STEC,
15            Inc. and others;

16
     Exhibit 2:    Certification of ATU 85;
17

18   Exhibit 3:    Certification of New Orleans;

19
     Exhibit 4:    Loss Charts of ATU 85 and New Orleans;
20

21   Exhibit 5:    Firm Biography of Barrack, Rodos & Bacine; and

22   Exhibit 6:    Firm Biography of Labaton Sucharow LLP.

23

24        I declare, under penalty of perjury, that the foregoing is true and correct to

25  the best of my knowledge.

26
   DATED:  January 5, 2010                    /s/ SAMUEL M. WARD
27                                              SAMUEL M. WARD

28

Case No. SACV09-01304 - DECL. OF S. WARD IN SUPPORT OF MOTION TO CONSOLIDATE RELATED
CASES, APPOINT CO-LEAD PLAINTIFFS AND APPROVE OF CO-LEAD PLAINTIFFS' SELECTION OF CO-
LEAD COUNSEL