# EXHIBIT 2

## DECLARATION OF SABATINO DINARDO
## ON BEHALF OF THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION

I, Sabatino DiNardo, hereby declare as follows:

1. I am Financial Secretary and Treasurer of the Amalgamated Transit Union Local 85 and a trustee of The Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("ATU85") and am authorized to make this declaration on behalf of ATU85. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. On behalf of ATU85, I have reviewed a complaint filed against STEC, Inc. ("STEC") and others alleging violations of the federal securities laws.

3. ATU85 did not purchase STEC securities at the direction of its counsel, Barrack, Rodos & Bacine, or to participate in any private action under the federal securities laws.

4. ATU85 is willing to serve as lead plaintiff and a representative party on behalf of a class in this action, including providing testimony at deposition and trial, if necessary.

5. ATU85's transactions in STEC securities that are the subject of this action, as reported by ATU85's custodian, are set forth in a chart attached hereto as Exhibit A.

6. ATU85 has not served as a lead plaintiff on behalf of a class in any action brought under the federal securities laws within the last three years.

7. In addition, within the last three years, ATU85 has sought to serve as a lead plaintiff in the following cases brought under the federal securities laws:

*In re Anadigics, Inc. Securities Litigation*, Civil Action No. 3:08-cv-05572-MLC-TJB (D.N.J.)

*In re New Century*, Case No. 2:07-cv-931-DDP-JTLX (C.D. Cal.)

8.  In addition, ATU85 is a plaintiff in *In re American International Group, Inc. 2008 Securities Litigation*, Master File No. 08-cv-4772-LTS (S.D.N.Y.), a case brought under the federal securities laws within the last three years.

9.  ATU85 will not accept any payment for serving as a representative party on behalf of a class beyond its pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2009

                                     *[signature]*
                                     Sabatino DiNardo, Trustee of ATU85

2

# EXHIBIT A

Case 8:09-cv-01304-JVS-MLG    Document 15-3    Filed 01/05/2010    Page 5 of 5

Port Authority of Allegheny County Retirmenet and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union
STEC, Inc.
Ticker: STEC; Cusip: 784774101
Class Period: June 16, 2009-November 3, 2009

| Date | Type | Shares | Price |
|---|---|---|---|
| 8/20/2009 | BUY | 1,640 | $34.8014 |
| 8/21/2009 | BUY | 1,220 | $35.1651 |
| 9/3/2009 | BUY | 1,160 | $37.9713 |
| 9/4/2009 | BUY | 30 | $39.0322 |
| 10/2/2009 | BUY | 446 | $26.8311 |
| 10/7/2009 | BUY | 34 | $27.6980 |
| 10/12/2009 | BUY | 1,180 | $26.7968 |