EXHIBIT 3

## CERTIFICATION

I, Jerome Davis, Chairman of the New Orleans Employees' Retirement System ("New Orleans"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of New Orleans. I have reviewed a complaint filed against STEC, Inc. ("STEC") alleging violations of the federal securities laws;

2.    New Orleans did not purchase securities of STEC at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    New Orleans is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.    New Orleans' transactions in STEC during the class period are reflected in Exhibit A, attached hereto;

5.    New Orleans has sought to serve as a lead plaintiff in the following class actions under the federal securities laws during the last three years, but either withdrew its motion for lead plaintiff or was not appointed as lead plaintiff: *In re Teletech Litigation*, No. 1:08-cv-00913-LTS (S.D.N.Y.); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass Through Certificates et al*, No. 2:09-cv-00037-MJP (W.D. Wash.); and *New Orleans Employees' Retirement System v. UBS AG et al*, No. 1:09-cv-00893-RJS (S.D.N.Y.).

6.    New Orleans is currently serving as lead plaintiff in *In re Celestica Inc. Securities Litigation*, No. 1:07-cv-00312-GBD (S.D.N.Y.), which was brought in 2007 and *In Re NovaGold Resources Inc. Securities Litigation*, No. 1:08-cv-07041-DLC (S.D.N.Y), which was brought in 2008, and *General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust et al*, No. 3:09-cv-01376-SI (N.D. Cal.), which was brought in 2009. New Orleans also serves

as lead plaintiff in *In re Omnicom Group Inc. Securities Litigation*, No. 1:02-cv-04483-WHP-MHD

(S.D.N.Y.), but which was brought in 2002.

       7.    Beyond its pro rata share of any recovery, New Orleans will not accept

payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such

reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

       I declare under penalty of perjury that the foregoing is true and correct this ⟋ day of January, 2010.

Jerome Davis, Chairman
*New Orleans Employees' Retirement System*

## EXHIBIT A

### TRANSACTIONS IN
### STEC, INC.

| Transaction Type | Settle Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 08/11/09 | 5,175.00 | $30.28 | ($156,711.42) |