# EXHIBIT 4

STEC, Inc.
Class Period: 06/16/2009 through 11/03/2009

| | FIFO LOSSES | LIFO LOSSES | TOTAL SHARES PURCHASED | TOTAL SHARES SOLD | NET SHARES PURCHASED | TOTAL FUNDS EXPENDED | TOTAL FUNDS RECEIVED | NET FUNDS EXPENDED |
|---|---|---|---|---|---|---|---|---|
| ATU 85 | ($108,983) | ($108,983) | 5,710 | 0 | 5,710 | $189,722 | $0 | $189,722 |
| New Orleans ERS | ($85,348) | ($85,348) | 5,175 | 0 | 5,175 | $156,711 | $0 | $156,711 |
| TOTAL: | ($194,331) | ($194,331) | 10,885 | 0 | 10,885 | $346,433 | $0 | $346,433 |

**Loss Chart**

The Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union
STEC, Inc.
Class Period: 06/16/2009 through 11/03/2009

| PURCHASES/ACQUISITIONS | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT | TOTAL |
| 8/20/2009 | 1,640 | 34.8014 | 57,074 | Retained | 1,640 | 14.1400 [1] | 23,190 | |
| 8/21/2009 | 1,220 | 35.1651 | 42,901 | Retained | 1,220 | 14.1400 [1] | 17,251 | |
| 9/3/2009 | 1,160 | 37.9713 | 44,047 | Retained | 1,160 | 14.1400 [1] | 16,402 | |
| 9/4/2009 | 30 | 39.0322 | 1,171 | Retained | 30 | 14.1400 [1] | 424 | |
| 10/2/2009 | 446 | 26.8311 | 11,967 | Retained | 446 | 14.1400 [1] | 6,306 | |
| 10/7/2009 | 34 | 27.6980 | 942 | Retained | 34 | 14.1400 [1] | 481 | |
| 10/12/2009 | 1,180 | 26.7968 | 31,620 | Retained | 1,180 | 14.1400 [1] | 16,685 | |
| | 5,710 | | 189,722 | | 5,710 | | 80,739 | (108,983) |
| | | | | | | Grand Total: | | (108,983) |

1. Retention Value was calculated using the average of the closing price from the end of the class period until the date of sale, which was 11/4/09).

**Loss Chart**

New Orleans Employees' Retirement System
STEC, Inc.
Class Period: 06/16/2009 through 11/03/2009

| | PURCHASES/ACQUISITIONS | | | | SALES | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT | |
| 8/7/2009 | 5,175 | 30.2824 | 156,711 | Retained | 5,175 | 13.7900 [1] | 71,363 | |
| | 5,175 | | 156,711 | | 5,175 | | 71,363 | (85,348) |
| | | | | | | | Grand Total: | (85,348) |

1. Retention Value was calculated using the average of the closing price from the end of the class period until the date of sale, which was 11/9/09).