# Exhibit A

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Cebron W. Hester, certify that:

1. I have reviewed a complaint in this action and authorize Milberg LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

6. The number of shares or other securities of STEC, Inc. (NASDAQ:STEC) I held immediately **BEFORE** the first day of the Class Period referenced in the relevant complaint (if any) was: _____ and the type of securities was (check one):
   ❑ Common Stock   ❑ Bonds   ❑ Preferred Stock   ❑ Call   ❑ Put

7. I have listed below all my transactions in the securities of STEC, Inc. (NASDAQ:STEC) **DURING** the Class Period referenced in the complaint as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Please see attached Schedule A | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):   ❑ General (non-retirement account)
❑ Merger/acquisition/distribution    ❑ Gift   ❑ IRA    ❑ Employer-sponsored plan (401k, 403b, etc.)

8. I made the following sales of securities of STEC, Inc. (NASDAQ:STEC) during the 90-day period AFTER the Class Period referenced in the complaint:

**Sales**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| Please see attached Schedule A | | | |

9. During the three years prior to the date of this Certification, I have not sought to serve and have not served as a representative party for a class in an action filed under the federal securities laws, except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __05__ day of __JANUARY__, 2010

__CEBRON W. HESTER__                                    __Cebron W. Hester__
Name (Printed)                                                          Signature

## Schedule A
### Cebron W. Hester Transaction(s) in STEC, Inc. (NASDAQ:STEC)

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 9/22/2009 | 5,000 | 30.90 |
| 9/23/2009 | 4,100 | 31.29 |
| 9/23/2009 | 5,900 | 31.45 |
| 9/24/2009 | 500 | 28.99 |
| 9/24/2009 | 1,400 | 29.19 |
| 9/24/2009 | 500 | 29.18 |
| 9/24/2009 | 500 | 29.16 |
| 9/24/2009 | 100 | 29.15 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 12/11/2009 | 18,000 | 11.50 |

## Schedule A
## Cebron W. Hester Account Transaction(s) in STEC, Inc. (NASDAQ:STEC)

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 9/23/2009 | 500 | 31.80 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 12/10/2009 | 500 | 11.39 |



## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Judy W. Hester, certify that:

1. I have reviewed a complaint in this action and authorize Milberg LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

6. The number of shares or other securities of STEC, Inc. (NASDAQ:STEC) I held immediately BEFORE the first day of the Class Period referenced in the relevant complaint (if any) was:_____ and the type of securities was (check one):
   ☐ Common Stock  ☐ Bonds  ☐ Preferred Stock  ☐ Call  ☐ Put

7. I have listed below all my transactions in the securities of STEC, Inc. (NASDAQ:STEC) DURING the Class Period referenced in the complaint as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Please see attached Schedule A | Purchase | 967 | 9-25-2009 | 30.9 |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):  ☐ General (non-retirement account)
☐ Merger/acquisition/distribution    ☐ Gift    ☐ IRA    ☐ Employer-sponsored plan (401k, 403b, etc.)

8. I made the following sales of securities of STEC, Inc. (NASDAQ:STEC) during the 90-day period AFTER the Class Period referenced in the complaint:

**Sales**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| Please see attached Schedule A | 967 | 12-11-2009 | 11.5201 |

9. During the three years prior to the date of this Certification, I have not sought to serve and have not served as a representative party for a class in an action filed under the federal securities laws, except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this 12-29 day of 09, 2009

Judy W. Hester
Name (Printed)

Judy W. Hester
Signature



## Schedule A
### Judy W. Hester Transaction(s) in STEC, Inc. (NASDAQ:STEC)

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 9/22/2009 | 967 | 30.90 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 12/11/2009 | 967 | 11.51 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Justin L. Black, certify that:

1. I have reviewed a complaint in this action and authorize Milberg LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

5. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

6. The number of shares or other securities of STEC, Inc. (NASDAQ:STEC) I held immediately BEFORE the first day of the Class Period referenced in the relevant complaint (if any) was: _____ and the type of securities was (check one):
   ☐ Common Stock   ☐ Bonds   ☐ Preferred Stock   ☐ Call   ☐ Put

7. I have listed below all my transactions in the securities of STEC, Inc. (NASDAQ:STEC) DURING the Class Period referenced in the complaint as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Please see attached Schedule A | Purchase | 180 | 9-2?-2009 | 30.95 |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):   ☐ General (non-retirement account)
☐ Merger/acquisition/distribution   ☐ Gift   ☐ IRA   ☐ Employer-sponsored plan (401k, 403b, etc.)

8. I made the following sales of securities of STEC, Inc. (NASDAQ:STEC) during the 90-day period AFTER the Class Period referenced in the complaint:

**Sales**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| Please see attached Schedule A | 180 | 12-11-2009 | 11.51 |

9. During the three years prior to the date of this Certification, I have not sought to serve and have not served as a representative party for a class in an action filed under the federal securities laws, except as described below (if any:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __29th__ day of __Dec__, 2009

__Justin Black__          __Justin W. Black__
Name (Printed)                  Signature



<u>**Schedule A**</u>
<u>**Justin Black Transaction(s) in STEC, Inc. (NASDAQ:STEC)**</u>

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 9/22/2009 | 180 | 30.95 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 12/11/2009 | 180 | 11.51 |