# Exhibit B

Class Period: 6/16/09-11/3/09　　　　　　　　　　STEC, Inc. (NASDAQ:STEC)　　　　　　　Hold price: $13.5193

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE(3) | SALES AMOUNT | | | |
| Hester, W. Cebron | 09/22/09 | 5,000 | 30.9000 | 154,500.00 | 12/11/09 | 18,000 | 12.8837 | 231,906.60 | (13,000) | (175,750.49) | (98,343.89) |
| | 09/23/09 | 4,100 | 31.2907 | 128,291.87 | | | | 0.00 | 4,100 | 55,429.00 | (72,862.87) |
| | 09/23/09 | 5,900 | 31.4500 | 185,555.00 | | | | 0.00 | 5,900 | 79,763.68 | (105,791.32) |
| | 09/24/09 | 500 | 28.9900 | 14,495.00 | | | | 0.00 | 500 | 6,759.63 | (7,735.37) |
| | 09/24/09 | 1,400 | 29.1900 | 40,866.00 | | | | 0.00 | 1,400 | 18,926.98 | (21,939.02) |
| | 09/24/09 | 500 | 29.1800 | 14,590.00 | | | | 0.00 | 500 | 6,759.63 | (7,830.37) |
| | 09/24/09 | 500 | 29.1624 | 14,581.20 | | | | 0.00 | 500 | 6,759.63 | (7,821.57) |
| | 09/24/09 | 100 | 29.1500 | 2,915.00 | | | | 0.00 | 100 | 1,351.93 | (1,563.07) |
| Hester, W. Cebron Total | | 18,000 | | 555,794.07 | | 18,000 | | 231,906.60 | 0 | 0.00 | (323,887.47) |
| Hester, W. Cebron | 09/23/09 | 500 | 31.8000 | 15,900.00 | 12/10/09 | 500 | 12.9392 | 6,469.60 | 0 | 0.00 | (9,430.40) |
| Hester, W. Cebron Total | | 500 | | 15,900.00 | | 500 | | 6,469.60 | 0 | 0.00 | (9,430.40) |
| Hester, W. Judy | 09/22/09 | 967 | 30.9000 | 29,880.30 | 12/11/09 | 967 | 12.8837 | 12,458.54 | 0 | 0.00 | (17,421.76) |
| Hester, W. Judy Total | | 967 | | 29,880.30 | | 967 | | 12,458.54 | 0 | 0.00 | (17,421.76) |
| Black, Justin | 09/22/09 | 180 | 30.9500 | 5,571.00 | 12/11/09 | 180 | 12.8837 | 2,319.07 | 0 | 0.00 | (3,251.93) |
| Black, Justin Total | | 180 | | 5,571.00 | | 180 | | 2,319.07 | 0 | 0.00 | (3,251.93) |
| Grand Total | | 19,647 | | 607,145.37 | | 19,647 | | 253,153.80 | 0 | 0.00 | (353,991.57) |

(1) Sales have been applied on a FIFO basis.
(2) Shares held through the date of this filing have been valued using the average price $13.5193 per share.
(3) Sales within 90 days from the end of the class period were valued at the average closing price from the end of the class period to the date of the sale.