Kim E. Miller (SBN 178370)
E-mail: kim.miller@ksfcounsel.com
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Fascimile: (504) 455-1498

*Counsel for Arman Rashtchi and Proposed Lead Counsel for the Class*

Lewis S. Kahn
E-mail: lewis.kahn@ksfcounsel.com
KAHN SWICK & FOTI, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Arman Rashtchi and Proposed Lead Counsel for the Class*

William J. Doyle II (SBN 188069)
Email: bill@doylelowther.com
John Lowther (SBN 207000)
Email: john@doylelowther.com
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, California 92126
Telephone: (619) 573-1700
Facsimile: (619) 573-1701

*Counsel for Arman Rashtchi and Proposed Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JEAN, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>    vs.<br><br>STEC, Inc., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI<br>    Defendants. | CIVIL ACTION NO. 09-CV-1304-JVS-MLG<br><br>[PROPOSED] ORDER CONSOLIDATING FUTURE RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL<br><br>Judge:  James V. Selna<br>Date:   February 8, 2010<br>Time:   1:30 p.m.<br>CTRM:  10C |

| | |
|---|---|
| HADI SAKHAI, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>    vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D COOK, J P MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC., and OPPENHEIMER & CO, INC.<br>    Defendants.<br>_____ | CIVIL ACTION NO. 09-CV-1306-JVS-MLG |
| FRED GREENWALD, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>    vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, and MARK MERHDAD MOSHAYEDI<br>    Defendants.<br>_____ | CIVIL ACTION NO. 09-CV-01315-JVS-MLG |
| DANIEL MUNTER, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>    vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND | CIVIL ACTION NO. 09-CV-01320-JVS-MLG |

|   |   |   |
|---|---|---|
| 1 | D. COOK ) | |
|   |     Defendants. ) | |
| 2 | _____ ) | |
| 3 | ) | |
|   | JONATHAN FISCHER, On Behalf ) | CIVIL ACTION NO. 09-CV-08536-JVS- |
| 4 | Of Himself and All Others Similarly ) | MLG |
|   | Situated, ) | |
| 5 |     Plaintiff, ) | |
| 6 | ) | |
| 7 |     vs. ) | |
|   | ) | |
| 8 | STEC, INC., MANOUCH ) | |
| 9 | MOSHAYEDI, MARK ) | |
|   | MOSHAYEDI, AND RAYMOND ) | |
| 10 | D. COOK ) | |
| 11 |     Defendants. ) | |
|   | ) | |
| 12 | _____ ) | |
| 13 | MARCEL WEINBERGER, On ) | CIVIL ACTION NO. 09-cv-01460-CJC- |
|   | Behalf Of Himself and All Others ) | RNB |
| 14 | Similarly Situated, ) | |
| 15 |     Plaintiff, ) | |
| 16 | ) | |
|   |     vs. ) | |
| 17 | ) | |
| 18 | STEC, INC., MANOUCH ) | |
|   | MOSHAYEDI, MARK ) | |
| 19 | MOSHAYEDI, AND RAYMOND ) | |
|   | D. COOK ) | |
| 20 |     Defendants. ) | |
| 21 | _____ ) | |

1  Having considered the motion of Arman Rashtchi to consolidate all future
2  related cases, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's
3  choice of counsel, and all papers in support thereof and in opposition thereto, and oral
4  argument, if any, and good cause appearing, therefore:

5  The Actions are hereby consolidated. The consolidated caption and case
6  number shall be: *In re STEC, Inc.*, Civ. No. 09-CV-1306-JVS-MLG;

7  Arman Rashtchi is hereby appointed Lead Plaintiff for the Class pursuant to
8  Section 21D of the Securities Exchange Act of 1934 and/or Section 27(a)(3) of the
9  Securities Act of 1933; and

10 The law firm of Kahn Swick & Foti, LLC is hereby appointed Lead Counsel
11 and the law firm of Doyle Lowther LLP is hereby appointed Liaison Counsel for Lead
12 Plaintiff and the Class.

14 IT IS SO ORDERED.

17 Dated:_____

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONSOLIDATING FUTURE
RELATED ACTIONS; APPOINTING LEAD PLAINTIFF;                     1
AND APPROVING PROPOSED LEAD PLAINTIFF'S
CHOICE OF COUNSEL