Kim E. Miller (SBN 178370)
E-mail: kim.miller@ksfcounsel.com
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Fascimile: (504) 455-1498

*Counsel for Arman Rashtchi and
Proposed Lead Counsel for the Class*

Lewis S. Kahn
E-mail: lewis.kahn@ksfcounsel.com
KAHN SWICK & FOTI, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA  70130
Telephone:  (504) 455-1400
Facsimile:  (504) 455-1498

*Counsel for Arman Rashtchi and
Proposed Lead Counsel for the Class*

William J. Doyle II (SBN 188069)
Email: bill@doylelowther.com
John Lowther (SBN 207000)
Email: john@doylelowther.com
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, California 92126
Telephone:  (619) 573-1700
Facsimile:  (619) 573-1701

*Counsel for Arman Rashtchi and Proposed
Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED JEAN, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>STEC, Inc., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI<br>    Defendants. | CIVIL ACTION NO. 09-CV-1304-JVS-MLG<br><br>**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF ARMAN RASHTCHI TO CONSOLIDATE FUTURE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**<br><br>Judge:  James V. Selna<br>Date:  February 17, 2010<br>Time:  1:30 p.m.<br>CTRM: 10C |

| | |
|---|---|
| HADI SAKHAI, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D COOK, J P MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC., and OPPENHEIMER & CO, INC.<br>    Defendants.<br>_____ | CIVIL ACTION NO. 09-CV-1306-JVS-MLG |
| FRED GREENWALD, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, and MARK MERHDAD MOSHAYEDI<br>    Defendants.<br>_____ | CIVIL ACTION NO. 09-CV-01315-JVS-MLG |
| DANIEL MUNTER, On Behalf Of Himself and All Others Similarly Situated,<br>    Plaintiff,<br><br>vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND | CIVIL ACTION NO. 09-CV-01320-JVS-MLG |

|    |                                                                                                                   |                                              |
|----|-------------------------------------------------------------------------------------------------------------------|----------------------------------------------|
| 1  | D. COOK )                                                                                                          |                                              |
|    |     Defendants. )                                                                              |                                              |
| 2  | _____ )                                                                                  |                                              |
|    | )                                                                                                                  |                                              |
| 3  | JONATHAN FISCHER, On Behalf ) Of Himself and All Others Similarly ) Situated, )                                    | CIVIL ACTION NO. 09-CV-08536-JVS-MLG         |
|    |     Plaintiff, )                                                                               |                                              |
|    | )                                                                                                                  |                                              |
|    |     vs. )                                                                                      |                                              |
|    | )                                                                                                                  |                                              |
|    | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK )                                               |                                              |
|    |     Defendants. )                                                                              |                                              |
|    | _____ )                                                                                  |                                              |
|    | MARCEL WEINBERGER, On Behalf Of Himself and All Others Similarly Situated, )                                       | CIVIL ACTION NO. 09-cv-01460-CJC-RNB         |
|    |     Plaintiff, )                                                                               |                                              |
|    |     vs. )                                                                                      |                                              |
|    | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK )                                               |                                              |
|    |     Defendants. )                                                                              |                                              |
|    | _____ )                                                                                  |                                              |

Line numbers: 1–28

I, Kim E. Miller, hereby declare as follows:

1. I am a member of the law firm of Kahn Swick & Foti, LLC.

2. Arman Rashtchi ("Movant" or "Mr. Rashtchi") seeks appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 and/or Section 27(a)(3) of the Securities Act of 1933 in the above-captioned action.

3. I submit this Declaration, together with the attached exhibits, in support of the motion of Mr. Rashtchi for appointment as Lead Plaintiff on behalf of the Class and to approve his choice of Kahn Swick & Foti, LLC as Lead Counsel and Doyle Lowther LLP as Liaison Counsel for the Class. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of the sworn shareholder certification of Mr. Rashtchi reflecting his transactions in STEC, Inc. securities, as well as a true and correct copy of a table reflecting the calculated loss incurred by Mr. Rashtchi as a result of his transactions in STEC, Inc. securities.

5. Attached hereto as Exhibit B is a true and correct copy of the press release published on November 6, 2009, on *BusinessWire*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit commenced against defendants herein.

6. Attached hereto as Exhibit C are true and correct copies of the firm resumes of Kahn Swick & Foti, LLC, and Doyle Lowther LLP, proposed Lead Counsel and Liaison Counsel for the Class in this case.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct. Executed this 5th day of January, 2010, at New York, New York.

/s/ Kim E. Miller
Kim E. Miller

---

DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF ARMAN RASHTCHI TO CONSOLIDATE FUTURE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

1