BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
       -and-
GERALD SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Attorneys for Proposed Lead Plaintiff
Keith A. Ovitt and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br><br>STEC, INC., MANOUCH MOSHAYEDI and MARK MOSHAYEDI,<br><br>           Defendants. | Case No. 09-CV-1304 JVS (MLGx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPOINTING KEITH A. OVITT AS LEAD PLAINTIFF, APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**<br><br>Date:        February 8, 2010<br>Time:        1:30 p.m.<br>Courtroom:   10C<br>Judge:       Hon. James V. Selna |

(caption continued on subsequent page)

---

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
Case No. 09-CV-1304 JVS (MLGx)

| | | |
|---|---|---|
| 1 | HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1306 JVS (MLGx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | v. | |
| 6 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC., and OPPENHEIMER & CO. INC., | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendants. | |
| 12 | FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1315 JVS (MLGx) |
| 13 | | |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | STEC, INC., MANOUCH MOSHAYEDI, and MARK (MERHDAD) MOSHAYEDI, | |
| 18 | | |
| 19 | Defendants. | |
| 20 | DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1320 JVS (MLGx) |
| 21 | | |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
Case No. 09-CV-1304 JVS (MLGx)

| | | |
|---|---|---|
| 1 | MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1460 JVS (MLGx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | v. | |
| 6 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK, | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-8536 JVS (MLGx) |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | | |
| 14 | v. | |
| 15 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK, | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-8536 JVS (MLGx) |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK, | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

Having considered the Motion to appoint Keith A. Ovitt as Lead Plaintiff and to approve his selection of counsel as Lead Counsel for the Class, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, and for consolidation of all related actions, the Court ORDERS as follows:

1. Keith A. Ovitt's Motion is **GRANTED**;

2. Keith A. Ovitt is **APPOINTED** Lead Plaintiff, pursuant to Section 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B) and Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B);

3. Keith A. Ovitt's selection of counsel is **APPROVED** and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class; and

4. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions, and any subsequently filed or transferred actions on behalf of investors in the securities of STEC, Inc. related to the claims asserted in these actions, are **CONSOLIDATED** for all purposes.

**IT IS SO ORDERED**.

Dated: _____ ___, 2010

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE