BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
      -and-
GERALD SILK
(jerry@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Attorneys for Proposed Lead Plaintiff
Keith A. Ovitt and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC, INC., MANOUCH MOSHAYEDI and MARK MOSHAYEDI,<br><br>Defendants. | Case No. 09-CV-1304 JVS (MLGx)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF BLAIR A. NICHOLAS IN SUPPORT OF MOTION BY KEITH A. OVITT FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS**<br><br>Date:         February 8, 2010<br>Time:        1:30 p.m.<br>Courtroom: 10C<br>Judge:       Hon. James V. Selna |

(caption continued on subsequent page)

---

DECLARATION OF BLAIR A. NICHOLAS
Case No. 09-CV-1304 JVS (MLGx)

| | | |
|---|---|---|
| 1 | HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1306 JVS (MLGx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | v. | |
| 6 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC., and OPPENHEIMER & CO. INC., | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendants. | |
| 12 | FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1315 JVS (MLGx) |
| 13 | | |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | STEC, INC., MANOUCH MOSHAYEDI, and MARK (MERHDAD) MOSHAYEDI, | |
| 18 | | |
| 19 | Defendants. | |
| 20 | DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated, | Case No. 09-CV-1320 JVS (MLGx) |
| 21 | | |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

DECLARATION OF BLAIR A. NICHOLAS
Case No. 09-CV-1304 JVS (MLGx)

| | |
|---|---|
| MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>     Defendants. | Case No. 09-CV-1460 JVS (MLGx) |
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>     Defendants. | Case No. 09-CV-8536 JVS (MLGx) |

I, Blair A. Nicholas, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Keith A. Ovitt. I make this Declaration in Support of the Motion by Mr. Ovitt for: (i) appointment as Lead Plaintiff in this action; (ii) approval of his selection of counsel and appointment as Lead Counsel of Bernstein Litowitz Berger & Grossmann LLP; and (iii) consolidation of all related actions.

2. Attached as Exhibits to this Declaration are true and correct copies of the following:

<u>Exhibit A</u>: Certification of Keith A. Ovitt;

<u>Exhibit B</u>: Chart of Keith A. Ovitt's transactions in STEC, Inc. securities;

<u>Exhibit C</u>: Notices of Pendency of Action; and

<u>Exhibit D</u>: Firm Biography of Bernstein Litowitz Berger & Grossmann LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of January, 2010, at San Diego, California.

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS