LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs, and
Proposed Co-Lead Counsel*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC, INC., MANOUCH MOSHAYEDI and MARK MOSHAYEDI,<br><br>Defendants. | No. 09-cv-01304-JVS-MLG<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Date: February 8, 2010<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Honorable James V. Selna |

*[Captions Continue on Following Pages]*

| | | |
|---|---|---|
| 1 | HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated, | No. 09-cv-01306-JVS-MLG |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC. and OPPENHEIMER & CO. INC., | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated, | No. 09-cv-01315-JVS-MLG |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | STEC INC., MANOUCH MOSHAYEDI and MARK (MERHDAD) MOSHAYEDI, | |
| 14 | | |
| 15 | Defendants. | |
| 16 | DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated, | No. 09-cv-01320-JVS-MLG |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |

*[Captions Continue on Following Page]*

| | |
|---|---|
| MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>    Defendants. | No. 09-cv-01460-JVS-MLG |
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>    Defendants. | No. 09-cv-08536-JVS-MLG |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that on February 8, 2010, at 1:30 p.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable James V. Selna, situated at 411 West Fourth Street, Santa Ana, California, movants Jesus Tudela, Emilio Gerov, Mark Patel and Garrett Nishihara (collectively, the "STEC Inc. Investor Group" or "Movants") will move, and hereby do move, under §§21(D) *et seq.* of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order (a) consolidating related actions, (b) appointing Jesus Tudela, Emilio Gerov, Mark Patel and Garrett Nishihara as lead plaintiff, and (c) approving their selection of

Saxena White P.A. and Glancy Binkow & Goldberg LLP as co-lead counsel for the Class.

This motion is brought pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure and the PSLRA.

This motion is based on this Notice, the attached memorandum of points and authorities, the declaration of Michael Goldberg, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to §77u-4(a)(3)(B)(iii)(II), defendants do not have standing to oppose the appointment of Movant as lead plaintiff. *See also Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Respectfully submitted,

Dated: January 5, 2010  **GLANCY BINKOW & GOLDBERG LLP**

    */s/ Michael Goldberg*

Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067

Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**SAXENA WHITE P.A.**
Maya S. Saxena
Joseph E. White III
2424 N. Federal Highway
Suite 257
Boca Raton, Florida 33431
Telephone:   (561) 394-3399
Facsimile:    (561) 394-3382

*Attorneys for Movants,
and Proposed Co-Lead Counsel*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On January 5, 2010, I caused to be served the following document:

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| 2 | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| 3 | **DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| 4 | **[PROPOSED] ORDER GRANTING MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |

By posting this document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

[SEE ATTACHED SERVICE LIST]

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 5, 2010, at Los Angeles, California.

          *s/Michael Goldberg*
          Michael Goldberg

CERTIFICATE OF SERVICE
ECF POS Sasha.wpd                                                                                                          Page 1

*Jean v. STEC, Inc., et al.*, No. 09-cv-01304-JVS-MLG

**SERVICE LIST**

**Electronically To All ECF-Registered Entities**

John A. Lowther, IV
William James Doyle, II
Doyle Lowther LLP
9466 Black Mountain Road
Suite 210
San Diego, CA 92126

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd and Abrams
212 East 39th Street
New York, NY 10016

Darren J. Robbins
David C. Walton
Coughlin Stoia Geller
   Rudman & Robbins LLP
655 West Broadway Suite 1900
San Diego, CA 92101

Hamilton Lindley
Joe Kendall
Kendall Law Group LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Jordan L. Lurie
Leigh A. Parker
Weiss and Lurie
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024


Jeffrey R. Krinsk
Finkelstein and Krinsk LLP
501 West Broadway
Suite 1250
San Diego, CA 92101-3579

Timothy J. Burke
Stull Stull & Brody
10940 Wilshire Boulevard
Suite 2350
Los Angeles, CA 90024

Anne Marie Vu
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Kim Miller
Kahn Swick & Foti, LLC
12 East 41st Street
12th Floor
New York, NY 10007

Lewis Kahn
Kahn Swick & Foti, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130



Jeff S. Westerman
Sabrina S. Kim
Milberg LLP
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071

| | |
|---|---|
| 1 | Stephen R. Basser |
| 2 | Barrack Rodos and Bacine<br>600 West Broadway Suite 900 |
| 3 | San Diego, CA 92101 |
| 4 | **By US Mail To All Known Non-ECF-Registered Entities** |
| 5 | Maya S. Saxena |
| 6 | Joseph E. White III<br>Saxena White P.A. |
| 7 | 2424 N. Federal Highway, Suite 257<br>Boca Raton, FL 33431 |
| 8 | |
| 9 | Michele D. Johnson<br>Carolyn A. Dawes |
| 10 | Latham & Watkins LLP<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, CA 92626 |