COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
HENRY ROSEN (156963)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
henryr@csgrr.com
triciam@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) STEC, INC., et al., ) ) Defendants. ) ) | No. SACV-09-01304-JVS(MLGx) <br><br> CLASS ACTION <br><br> DECLARATION OF DARREN . ROBBINS IN SUPPORT OF PENSION FUND GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL <br><br> DATE:   February 8, 2010 <br> TIME:   1:30 p.m. <br> COURTROOM:   10C |

1  I, DARREN J. ROBBINS, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Building Trades United Pension Trust Fund and Electrical Workers Pension Fund, Local 103 I.B.E.W. (together the "Pension Fund Group") and proposed lead counsel for the class.

3. 2. I make this declaration in support of the Pension Fund Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, dated November 6, 2009;

Exhibit B: Sworn Certifications of Building Trades United Pension Trust Fund and Electrical Workers Pension Fund, Local 103 I.B.E.W.;

Exhibit C: Joint Declaration of Building Trades United Pension Trust Fund and Electrical Workers Pension Fund, Local 103 I.B.E.W.;

Exhibit D: Chart of Pension Fund Group's Purchases and Losses; and

Exhibit E: Firm résumé of Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of January, 2010, at San Diego, California.

s/ DARREN J. ROBBINS
DARREN J. ROBBINS

S:\CasesSD\STEC\Lead Plantiff\DEC00063900_LP_McCormick.doc

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 5, 2010.

 s/ DARREN J. ROBBINS  
DARREN J. ROBBINS

COUGHLIN STOIA GELLER  
  RUDMAN & ROBBINS LLP  
655 West Broadway, Suite 1900  
San Diego, CA  92101-3301  
Telephone:  619/231-1058  
619/231-7423 (fax)

E-mail:  e_file_sd@csgrr.com

## Mailing Information for a Case 8:09-cv-01304-JVS-MLG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,rmaniskas@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`