LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160
E-mail:       info@glancylaw.com

*Attorneys for Plaintiffs, and
Proposed Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC, INC., MANOUCH MOSHAYEDI and MARK MOSHAYEDI,<br><br>Defendants. | No. 09-cv-01304-JVS-MLG<br><br>CLASS ACTION<br><br>**DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Date: February 8, 2010<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Honorable James V. Selna |

*[Captions Continue on Following Pages]*

| | |
|---|---|
| HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC. and OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 09-cv-01306-JVS-MLG |
| FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC INC., MANOUCH MOSHAYEDI and MARK (MERHDAD) MOSHAYEDI,<br><br>Defendants. | No. 09-cv-01315-JVS-MLG |
| DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>Defendants. | No. 09-cv-01320-JVS-MLG |

*[Captions Continue on Following Page]*

---

No. 09-cv-01304-JVS-MLG
DECLARATION OF MICHAEl GOLDBERG IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

| | |
|---|---|
| MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>Defendants. | No. 09-cv-01460-JVS-MLG |
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEC INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI and RAYMOND D. COOK,<br><br>Defendants. | No. 09-cv-08536-JVS-MLG |

I, Michael Goldberg, hereby declare as follows:

1. I am a partner of Glancy Binkow & Goldberg LLP, counsel for movants Jesus Tudela, Emilio Gerov, Mark Patel and Garrett Nishihara (collectively, the "STEC Inc. Investor Group" or "Movants"). Movants seek, *inter alia*, to be appointed as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned action (the "Action"). I submit this Declaration, together with the attached exhibits, in support of the motion of the STEC Inc. Investor Group to appoint Movants to serve as lead plaintiff on behalf of the class in the Action and to approve Movants' selection of Saxena White P.A. and Glancy Binkow & Goldberg LLP as co-lead counsel. I am fully familiar with the facts set forth herein.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

No. 09-cv-01304-JVS-MLG
DECLARATION OF MICHAEl GOLDBERG IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

1

Exhibit A:   Press release published on November 6, 2009, on *Business Wire,* announcing pendency of the lawsuit commenced by Fred Jean, *et al.*, against defendants herein.

Exhibit B:   Sworn shareholder certifications of Jesus Tudela, Emilio Gerov, Mark Patel and Garrett Nishihara.

Exhibit C:   Table reflecting the calculated losses incurred by Movnats as a result of transactions in STEC, Inc. securities.

Exhibit D:   Firm résumé of Saxena White P.A.

Exhibit E:   Firm résumé of Glancy Binkow & Goldberg LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 5th day of January 2010, at Los Angeles, California.

  /s/ *MichaelGoldberg*
  Michael Goldberg

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On January 5, 2010, I caused to be served the following document:

| 1 | **NOTICE OF MOTION AND MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
|---|---|
| 2 | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| 3 | **DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| 4 | **[PROPOSED] ORDER GRANTING MOTION OF THE STEC INC. INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |

By posting this document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

[SEE ATTACHED SERVICE LIST]

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 5, 2010, at Los Angeles, California.

*s/Michael Goldberg*
Michael Goldberg

*Jean v. STEC, Inc., et al.*, No. 09-cv-01304-JVS-MLG

**SERVICE LIST**

**Electronically To All ECF-Registered Entities**

John A. Lowther, IV
William James Doyle, II
Doyle Lowther LLP
9466 Black Mountain Road
Suite 210
San Diego, CA 92126

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd and Abrams
212 East 39th Street
New York, NY 10016

Darren J. Robbins
David C. Walton
Coughlin Stoia Geller
    Rudman & Robbins LLP
655 West Broadway Suite 1900
San Diego, CA 92101

Hamilton Lindley
Joe Kendall
Kendall Law Group LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Jordan L. Lurie
Leigh A. Parker
Weiss and Lurie
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024

Jeffrey R. Krinsk
Finkelstein and Krinsk LLP
501 West Broadway
Suite 1250
San Diego, CA 92101-3579

Timothy J. Burke
Stull Stull & Brody
10940 Wilshire Boulevard
Suite 2350
Los Angeles, CA 90024

Anne Marie Vu
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Kim Miller
Kahn Swick & Foti, LLC
12 East 41st Street
12th Floor
New York, NY 10007

Lewis Kahn
Kahn Swick & Foti, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Jeff S. Westerman
Sabrina S. Kim
Milberg LLP
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071

---

CERTIFICATE OF SERVICE

ECF POS Sasha.wpd                                                                                            Page 2

| | |
|---|---|
| 1 | Stephen R. Basser |
| 2 | Barrack Rodos and Bacine<br>600 West Broadway Suite 900 |
| 3 | San Diego, CA 92101 |
| 4 | **By US Mail To All Known Non-ECF-Registered Entities** |
| 5 | Maya S. Saxena |
| 6 | Joseph E. White III<br>Saxena White P.A. |
| 7 | 2424 N. Federal Highway, Suite 257<br>Boca Raton, FL 33431 |
| 8 | |
| 9 | Michele D. Johnson<br>Carolyn A. Dawes |
| 10 | Latham & Watkins LLP<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, CA 92626 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE