STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

*Attorneys for the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union*

CHRISTOPHER J. KELLER
ckeller@labaton.com
JOSEPH A. FONTI
jfonti@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0853
Facsimile: (212) 883-7053
*Attorneys for the New Orleans Employees' Retirement System*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEC, INC., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI, <br><br> Defendants. | Case No. 8:09-CV-01304-JVS <br> <u>CLASS ACTION</u> <br><br> ORAL ARGUMENT REQUESTED <br><br> DATE: February 8, 2010 <br> TIME: 1:30 p.m. <br> CTRM: 10C <br> Honorable James V. Selna |

**[PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

---

| | | |
|---|---|---|
| 1 | HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated, | ) ) Case No. 8:09-CV-01306-JVS ) |
| 2 | | ) |
| 3 | | ) CLASS ACTION |
| 4 | Plaintiff, | ) |
|   | v. | ) |
| 5 | | ) |
|   | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC. and OPPENHEIMER & CO. INC., | ) |
| 6 | | ) |
| 7 | | ) |
| 8 | | ) |
| 9 | | ) |
|   | Defendants. | ) |
| 10 | | ) |
| 11 | FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 8:09-CV-01315-JVS |
| 12 | | ) |
| 13 | | ) CLASS ACTION |
| 14 | Plaintiff, | ) |
|   | v. | ) |
| 15 | | ) |
|   | STEC, INC., MANOUCH MOSHAYEDI, and MARK (MERHADAD) MOSHAYEDI | ) |
| 16 | | ) |
| 17 | | ) |
| 18 | Defendants. | ) |
| 19 | | ) |
| 20 | DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 8:09-CV-01320-JVS |
| 21 | | ) CLASS ACTION |
| 22 | Plaintiff, | ) |
|   | v. | ) |
| 23 | | ) |
|   | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, | ) |
| 24 | | ) |
| 25 | | ) |
|   | Defendants. | ) |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. SACV09-01304 - [PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL

| | | |
|---|---|---|
| 1 | MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:09-CV-01460-JVS |
| 2 | | CLASS ACTION |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:09-CV-08536-JVS |
| 10 | | CLASS ACTION |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK, | |
| 15 | | |
| 16 | Defendants. | |

Upon consideration of the motion of the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("ATU 85") and the New Orleans Employees' Retirement System ("New Orleans") for consolidation of related actions, appointment as Co-Lead Plaintiffs and for approval of their selection of Co-Lead Counsel, the Declaration of Samuel M. Ward in support thereof, and for other good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The motion of ATU 85 and New Orleans for consolidation of all related cases, for appointment as Co-Lead Plaintiffs and for approval of their selection of Co-Lead Counsel is **GRANTED**;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following actions, as well as any subsequently filed or transferred actions on behalf of the purchasers of the securities of STEC, Inc., ("STEC") that are related to the claims asserted in these cases, are hereby consolidated for all purposes:

| Abbreviated Caption | Case Number | Filing Date |
|---|---|---|
| *Jean v. STEC, Inc., et al.* | 8:09-CV-01304-JVS | Nov. 6, 2009 |
| *Sakhai v. STEC, Inc., et al.* | 8:09-CV-01306-JVS | Nov. 6, 2009 |
| *Greenwald v. STEC, Inc., et al.* | 8:09-CV-01315-JVS | Nov. 9, 2009 |
| *Munter v. STEC, Inc., et al.* | 8:09-CV-01320-JVS | Nov. 10, 2009 |
| *Fischer v. STEC, Inc., et al.* | 2:09-CV-08536-JVS | Nov. 19, 2009 |
| *Weinberger v. STEC, Inc., et al.* | 8:09-CV-01460-JVS | Dec. 11, 2009 |

The consolidated action shall be captioned "In re STEC, Inc. Securities Litigation," and the files shall be maintained under Civil Action No. 8:09-cv-01304-JVS as the Master File;

//
//
//

1

3. ATU 85 and New Orleans are hereby appointed to serve as the Co-Lead Plaintiffs in this action for all claims asserted by a proposed class of purchasers of STEC securities, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B); and

4. The Court approves Co-Lead Plaintiffs' selection of the law firms of Barrack, Rodos & Bacine and Labaton Sucharow LLP as Co-Lead Counsel for the Class.

DATED: _____

Honorable James V. Selna
United States District Judge