ORIGINAL

FILED 2010 JAN -5 PM 3:50

1  Lesley Weaver
   lweaver@gelaw.com
2  GRANT & EISENHOFER P.A.
   1201 N. Market Street
3  Wilmington, DE 19801
4  Telephone: (302) 622-7000
   Facsimile: (302) 622-7100
5  *Attorneys for Proposed Lead Plaintiff State of Nebraska*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JEAN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., ET AL.<br><br>Defendants. | Case No.: SACV 09-1304-JVS (MLG)<br><br>**FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 STATEMENT FOR MOVANT STATE OF NEBRASKA** |
| HADI SAKHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., ET AL.<br><br>Defendants. | Case No.: SACV 09-1306-JVS (MLG) |
| FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., ET AL.<br><br>Defendants. | Case No.: SACV 09-1315-JVS (MLG) |

[more captions on next page]

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

| | | |
|---|---|---|
| DANIEL MUNTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., ET AL.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: SACV 09-1320-JVS (MLG) |
| MARCEL WEINBERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., ET AL.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: SACV 09-1460-JVS (MLG) |
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEC, INC., ET AL.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: CV 09-8536-JVS (MLG) |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the State of Nebraska certify that the State of Nebraska is a sovereign U.S. state and is therefore exempt from making a Rule 7.1 disclosure as a governmental entity.

Dated: January 5, 2010

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By: _____
Lesley Weaver
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
*Attorneys for Proposed Lead Plaintiff the State of Nebraska*

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT