ORIGINAL

FILED

BY FAX

2010 JAN -5 PM 3:51

1  Lesley Weaver
   lweaver@gelaw.com
2  GRANT & EISENHOFER P.A.
   1201 N. Market Street
3  Wilmington, DE 19801
   Telephone: (302) 622-7000
4  Facsimile: (302) 622-7100
5  *Attorneys for Proposed Lead Plaintiff State of Nebraska*

6           **UNITED STATES DISTRICT COURT**

7          **CENTRAL DISTRICT OF CALIFORNIA**

8

9  **FRED JEAN, on Behalf of Himself and**           )   **Case No.: SACV 09-1304-JVS (MLG)**
   **All Others Similarly Situated,**                )
                                                     )
10                    Plaintiffs,                    )
                                                     )   **MOVANT STATE OF NEBRASKA'S**
11        v.                                         )   **NOTICE OF INTERESTED PARTIES**
                                                     )
12 **STEC, INC., ET AL.**                            )
                                                     )
13                    Defendants.                    )
                                                     )
14 _____

   **HADI SAKHI, Individually and on Behalf of**     )
15 **All Others Similarly Situated,**                )
                                                     )
16                    Plaintiffs,                    )   **Case No.: SACV 09-1306-JVS (MLG)**
                                                     )
17        v.                                         )
                                                     )
18 **STEC, INC., ET AL.**                            )
                                                     )
19                    Defendants.                    )
                                                     )
20 _____

21 **FRED GREENWALD, Individually and on**           )
   **Behalf of All Others Similarly Situated,**      )
22                                                   )
                                                     )   **Case No.: SACV 09-1315-JVS (MLG)**
23                    Plaintiffs,                    )
                                                     )
24        v.                                         )
                                                     )
25 **STEC, INC., ET AL.**                            )
                                                     )
26                    Defendants.                    )
                                                     )
27 _____
                        [more captions on next page]
28

─────────────────────────────────────────────
                 NOTICE OF INTERESTED PARTIES



DANIEL MUNTER, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,

    v.

STEC, INC., ET AL.

                    Defendants.

Case No.: SACV 09-1320-JVS (MLG)

MARCEL WEINBERGER, Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiffs,

    v.

STEC, INC., ET AL.

                    Defendants.

Case No.: SACV 09-1460-JVS (MLG)

JONATHAN FISCHER, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,

    v.

STEC, INC., ET AL.

                    Defendants.

Case No.: CV 09-8536-JVS (MLG)

    The undersigned counsel of record for proposed lead plaintiff the State of Nebraska certify that the following listed parties have a direct and pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal:

    1.     The State of Nebraska

    2.     Grant & Eisenhofer P.A.

NOTICE OF INTERESTED PARTIES

3.      All persons and entities who purchased or otherwise acquired the common stock of STEC, Inc. during the period June 16, 2009 through November 3, 2009, inclusive.

Dated:  January 5, 2010

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By: _____
    Lesley Weaver
    1201 N. Market Street
    Wilmington, DE 19801
    Telephone: (302) 622-7000
    Facsimile: (302) 622-7100
    *Attorneys for Proposed Lead Plaintiff the State of Nebraska*

NOTICE OF INTERESTED PARTIES