UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-1304 JVS (MLGx) | Date January 6, 2010 |
| Title Fred Jean, et al. v. STEC, Inc., et al. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Setting Hearing on Keith Johnson's Motion for Appointment as Lead Plaintiff; Approval of Lead Counsel and Consolidation of Actions (docket #4)

The Court, on its own motion, hereby sets the hearing on the above referenced motion for Monday, February 8, 2010 at 1:30 p.m.

: 00

Initials of Preparer   kjt