Kim E. Miller (SBN 178370)
E-mail: kim.miller@ksfcounsel.com
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
E-mail: lewis.kahn@ksfcounsel.com
KAHN SWICK & FOTI, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Arman Rashtchi and Proposed Lead Counsel for the Class*

Blair A. Nicholas (SBN 178428)
E-mail: blairn@blbglaw.com
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

Gerald Silk
E-mail: jerry@blbglaw.com
Avi Josefson
E-mail: avi@blbglaw.com
1285 Ave. of the Americas, 38th Flr
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Keith A. Ovitt and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION | Case No.: 09-CV-1304-JVS (MLGx) <br><br> **LEAD PLAINTIFF MOVANTS ARMAN RASHTCHI AND KEITH A. OVITT'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS** <br><br> Judge: Hon. James V. Selna <br> Date: February 8, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 10C |

Arman Rashtchi ("Mr. Rashtchi") and Keith A. Ovitt ("Mr. Ovitt") respectfully submit this reply memorandum in further support of their motions for appointment as Lead Plaintiffs in the above-captioned actions, and for approval of their selection of Lead Counsel for the Class. Messrs. Rashtchi and Ovitt collectively suffered approximately $3.6 million in losses on their investment in STEC securities and, as a result, have by far the largest financial interest in this litigation.[1] Accordingly, Messrs. Ovitt and Rashcthi should be appointed as Co-Lead Plaintiffs under the Private Securities Litigation Reform Act of 1995 ("PLSRA"), 15 U.S.C. § 77z-1(a)(3) and 15 U.S.C. § 78u-4(a)(3)(B), as amended.

None of the eight other movants who initially filed motions to be appointed Lead Plaintiff have articulated any opposition to the joint appointment of Mr. Rashcthi and Mr. Ovitt as Lead Plaintiffs, or to the appointment of their selected law firms, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Kahn Swick & Foti, LLC ("KSF"), as Co-Lead Counsel for the Class. Indeed, of those eight movants or movant groups, seven have now either withdrawn or otherwise conceded that they lack a greater financial interest than either Mr. Ovitt or Mr. Rashtchi.[2]

The only remaining movant – the Firefighters' Pension System of the City of Kansas City, Missouri, Trust – filed no response to the motions of Mr. Ovitt or Mr. Rachtchi on the January 19 response deadline. As a result, Messrs. Rashtchi's and

---

[1] Individually, Messrs. Rashtchi and Ovitt each have losses larger than any of the other eight competing movants. As detailed in their respective initial motions for appointment as Lead Plaintiff, Mr. Rashtchi's losses are approximately $1,914,484.32 and Mr. Ovitt's losses are approximately $1,678,173.11.

[2] Specifically: the Hester Family, Mr. Jonathan Fischer, the State of Nebraska, and the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union and the New Orleans Employees' Retirement System have conceded that they do not claim the largest financial interest in the litigation, and are not the presumptive lead plaintiff, *see* Dkts. 42, 43, 49, 55. The Building Trades United Pension Trust Fund and the Electrical Workers Pension Fund, Local 103 I.B.E.W. (the "Pension Fund Group"), Mr. Keith Johnson, and the STEC Inc. Investor Group have withdrawn their motions, *see* Dkts. 45, 47, 53.

Ovitt's request to be appointed Lead Plaintiffs is effectively unopposed.[3] Because the losses suffered individually by Messrs. Rashtchi and Ovitt are so much larger than those of the other movants, and because both Mr. Ovitt and Mr. Rashtchi satisfy the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure, any such opposition would be moot.

Therefore, for the foregoing reasons and for the reasons set forth in their prior submissions (*see* Dkt. Nos. 18-21, 24, 50-51), Mr. Rashtchi and Mr. Ovitt respectfully request that this Court: (1) appoint Mr. Rashtchi and Mr. Ovitt to serve as Co-Lead Plaintiffs in this action; (2) approve Mr. Rashtchi's and Mr. Ovitt's selection of Co-Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: January 25, 2010                    KAHN SWICK & FOTI, LLC

                                                     ___/s/ Kim E. Miller_____
Kim E. Miller (SBN 178370)
500 5th Ave., Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-mail: kim.miller@ksfcounsel.com

Lewis S. Kahn
KAHN SWICK & FOTI, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

---

[3] One movant, the State of Nebraska, while conceding that it does not have the largest financial interest in this litigation, states in passing that Mr. Rashtchi may be subject to "unique defenses" and/or "conflicting interests," but fails utterly to substantiate these accusations with proof. *See* Dkt. No 49, p. 1; *see also* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (presumption that movant with largest loss should be appointed lead plaintiff "may be rebutted only upon proof"). Indeed, the State of Nebraska itself acknowledges that "proof positive would be required" to challenge Mr. Rashtchi's appointment as Lead Plaintiff, and admits that it has no such proof. *See* Dkt. No 49, p. 1. For that reason, the commentary by the State of Nebraska does not merit consideration.

E-mail: lewis.kahn@ksfcounsel.com

*Counsel for Arman Rashtchi and Proposed Lead Counsel for the Class*

- and -

Blair A. Nicholas (SBN 178428)
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

Gerald Silk
Avi Josefson
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Keith A. Ovitt and Proposed Lead Counsel for the Class*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 25, 2010.

       /s/ Kim E. Miller_____
Kim E. Miller (SBN 178370)
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-mail: kim.miller@ksfcounsel.com