1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
Blair A. Nicholas (Bar No. 178428)
Timothy A. DeLange (Bar No. 190768)
Niki L. Mendoza (Bar No. 214646)
Takeo A. Kellar (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
takeok@blbglaw.com

KAHN SWICK & FOTI, LLC
Kim E. Miller (Bar No. 178370)
Melissa Ryan Clark (*Pro Hac Vice*)
Michael A. McGuane (*Pro Hac Vice*)
500 5th Ave., Suite 1810
New York, NY 10110
Tel:  (212) 696-3730
Fax:  (504) 455-1498
kim.miller@ksfcounsel.com
melissa.clark@ksfcounsel.com
michael.mcguane@ksfcounsel.com

[additional counsel listed on signature
page]

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>    ALL ACTIONS | Lead Case No.<br>SACV 09-01304-JVS (MLGx)<br><br>**CLASS ACTION**<br><br>**JOINT RULE 26(f) REPORT**<br><br>Judge:   Hon. James V. Selna<br>Ctrm:    10C<br>Date:    April 12, 2010<br>Time:    10:30 a.m. |

Court-appointed Lead Plaintiffs Arman Rashtchi and Keith A. Ovitt (collectively, "Lead Plaintiffs") and Defendants STEC, Inc. ("STEC" or "the Company"), Manouch Moshayedi, Mark Moshayedi, and Raymond D. Cook (the "Individual Defendants") (collectively, "Defendants"), by and through their undersigned counsel, hereby file their Joint Report pursuant to Court order, Federal Rule of Civil Procedure 26(f), and Local Rule 26-1.

A.    Synopsis

Pursuant to the Court's January 21, 2010 Order consolidating the related actions and setting a briefing schedule (the "Consolidation Order"), Lead Plaintiffs will file the Consolidated Complaint on or before April 9, 2010.[1]   The initial complaints filed in the underlying consolidated actions alleged violations of Sections 10(b) and 20(a) of the Exchange Act of 1934 ("Exchange Act") and Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 ("Securities Act").[2]   The initial complaints allege that throughout the class period, Defendants issued a series of materially false and misleading statements and/or omissions related to the Company's business and operations, including, but not limited to, the sales and demand for STEC's solid-state hard drive ("SSD") and the ZeusIOPS SSD ("Zeus").   Plaintiffs' Exchange Act claims in the underlying actions were filed on

---

[1] The consolidated actions include: *Jean v. STEC, Inc. et al.*, 8:09-cv-01304-JVS-MLG (filed November 6, 2009), *Sakhai v. STEC, Inc. et al.*, 8:09-cv-01306-JVS-MLG (filed November 6, 2009), *Greenwald v. STEC, Inc. et al.*, 8:09-cv-01315-JVS-MLG (filed November 9, 2009), *Munter v. STEC, Inc. et al.*, 8:09-cv-01320-JVS-MLG (filed on November 10, 2009), *Fischer v. STEC, Inc. et al.*, 2:09-cv-08536-JVS-MLG (filed on November 19, 2009), *Weinberger v. STEC, Inc. et al.*, 8:09-cv-01460-CJC-RNB (filed on December 11, 2009).

[2] In addition to Exchange Act violations, the complaint in *Sakhai v. STEC, Inc. et al.*, 8:09-cv-01306-JVS-MLG (filed November 6, 2009), also alleges violations of the Securities Act in connection with the Company's August 2009 secondary offering.

behalf of all open market purchasers of STEC shares between June 16, 2009 and November 3, 2009, inclusive.  Defendants deny the allegations set forth in the initial complaints.

On March 2, 2010, after this Court consolidated the initial complaints, a related action was filed entitled *Meda v. STEC, Inc.,* SACV 10-00248 AG (ANx). The *Meda* complaint asserts claims for violations of Sections 10(b) and 20(a) of the Exchange Act of 1934 against the same defendants based upon substantially identical factual and legal issues.  Accordingly, on March 15, 2010, pursuant to the Consolidation Order, Lead Plaintiffs filed an *ex parte* motion to consolidate the *Meda* action with this case.  As set forth in the motion to consolidate and Plaintiffs' reply brief filed on March 18, 2010, based upon Lead Counsel's extensive investigation, which began prior to the appointment of Lead Plaintiffs, the Consolidated Complaint will assert claims on behalf of all investors who purchased STEC stock during the period from June 16, 2009, through and including February 23, 2010.  On March 16, 2010, *Meda* filed an opposition to Lead Plaintiffs' *ex parte* motion to consolidate.  On March 18, 2010, Lead Plaintiffs filed their reply.  On March 24, 2010, Defendants filed a Memorandum In Support of Lead Plaintiff's Ex Parte Motion To Consolidate.  By Order dated March 26, 2010, and pursuant to the Court's prior Consolidation Order, the Meda Action was consolidated for all purposes.

B.   Legal Issues

Lead Plaintiffs' Position:

With respect to the Exchange Act claims, the following issues are presently known:

(i)   Whether Defendants violated Section 10(b) of the Exchange Act by making materially false and misleading statements or omissions during the Class Period regarding the Company's business and operations, including the sales and

demand for STEC's SSD and Zeus products;

(ii)    Whether  Defendants'  alleged  materially  false  and  misleading statements and omissions were made with actual knowledge or with deliberate recklessness;

(iii)    Whether the damages allegedly suffered by Plaintiffs and members of the Class resulted from Defendants' alleged misstatements;

(iv)    Whether the Individual Defendants are liable as control persons under Section 20(a) of the Exchange Act.

Defendants' Position:

Plaintiffs'  consolidated  complaint  has  not  been  filed,  and  is  not  due  until April 9, 2010.  As a result, Defendants are not in a position to represent what legal issues that pleading will raise.

C.    Damages

The amount of damages will be subject to expert analysis and testimony.

Defendants' Position:

Defendants  do  not  believe  that  Plaintiffs,  or  any  class  they  purport  to represent, will be entitled to relief.  Defendants agree that expert testimony will be necessary to support any claim of damages.

D.    Insurance

STEC  has  a  primary  policy  with  an  aggregate  limit  of  $10  million  and excess  policies  with  a  total  aggregate  limit  of  $30  million,  for  a  total  combined aggregate limit of $40 million.  All insurance carriers have reserved their rights.

E.    Motions

(i)    Additional parties and claims may be added.

(ii)    Lead Plaintiffs will file the Consolidated Complaint on or before April 9, 2010.

(iii)     The parties do not intend to file any motions to transfer venue.

F.      Discovery and Experts

Lead Plaintiffs' Position:

Pursuant to the Private Securities Litigation Reform Act (PSLRA), 15 U.S.C. § 78u-4(b)(3)(B), all discovery and other proceedings are stayed during the pendency of any motion to dismiss absent a finding that particularized discovery is necessary to preserve evidence or to prevent undue prejudice.   Because of the discovery stay, no discovery has been conducted thus far.   Once discovery commences, Lead Plaintiffs will conduct discovery on issues relating to the merits of this case and defenses. Lead Plaintiffs anticipate conducting 25-35 depositions of fact witnesses.

With respect to expert disclosures, Lead Plaintiffs propose the following schedule:

| ACTION | DEADLINE OR DUE DATE |
|---|---|
| The Parties to Identify Subjects of Expert Testimony | Three weeks after close of fact discovery (4/30/12) |
| The Parties to Identify Any Rebuttal Subjects | Two weeks after identification of subjects of expert testimony (5/14/12) |
| The Parties to Exchange Expert Reports | Four weeks after the rebuttal subjects (6/11/12) |
| The Parties to Exchange Rebuttal Expert Reports | Four weeks after the exchange of Expert Reports (7/9/12) |
| Expert Discovery Ends | One week after rebuttal reports exchanged (7/16/12) |
| Deadline to File Motion(s) to Compel Expert Discovery | Two weeks after the end of expert discovery (7/30/12) |

Defendants' Position:

As Plaintiffs recognize, a discovery stay under the PSLRA is in effect. Plaintiffs' consolidated complaint has not been filed, and is not due until April 9, 2010. Defendants therefore propose that the parties meet and confer regarding discovery and experts after there is a ruling in the case that lifts the discovery stay.

G.   Dispositive Motions and Motions *In Limine*

No dispositive motions are currently pending. Presently, the parties are unaware of any claims or defenses that may be determined by motions *in limine*.

H.   Settlement and Settlement Mechanism

The parties believe that settlement discussions are premature at this time. Should negotiations occur later in the action, the parties agree that private mediation, consistent with L.R. 16-15.4 Settlement Procedure No. 3, would be an appropriate method to attempt resolution of this case.

I.   Trial Estimate

Lead Plaintiffs' Position:

Lead Plaintiffs estimate that approximately 20 days will be required for trial. Plaintiffs have demanded trial by jury, and Lead Plaintiffs estimate calling 30-40 witnesses at trial, including experts.

Defendants' Position:

As Plaintiffs recognize, a consolidated complaint has not been filed, and is not due until April 9, 2010. Defendants are thus not in a position to accurately represent how long it would take to try this case.

J.   Time Table

Please see attached Exhibit A.

Defendants' Position:

Because a consolidated complaint has not been filed, Defendants are not in a position to create an accurate presumptive schedule of pretrial deadlines.

1  However, in accordance with the Court's February 26, 2010 Order, Defendants
2  include a preliminary estimate of presumptive pretrial deadlines.    Defendants
3  reserve the right to request alterations to their suggested deadlines depending on
4  future events in this case.

5  K.    Other Issues

6        There are no additional outstanding issues at this time.

7  L.    Conflicts

8  Defendants' Position:

9        STEC's subsidiaries include the following: STEC Bermuda L.P., STEC
10  Electronics UK Ltd., STEC Europe B.V., STEC Germany GmbH, STEC GmbH,
11  STEC Hong Kong Limited, STEC International Holding, Inc., STEC Italy S.L.R.,
12  STEC Japan G.K., STEC Memory Technology Service (Shanghai) Company
13  Limited, STEC R&D Limited, STEC Taiwan Holding Limited, STEC Technology
14  Sdn. Bhd.  STEC's affiliated entities include:  MDC Land Corporation, MDC Land
15  LLC, and QualCenter, Inc.  STEC has no parents.

16  M.    Patent Cases

17        Not applicable.

18  N.    Magistrates

19        The parties do not consent to Magistrate Judge proceedings under 28 U.S.C.
20  § 636.

21        Respectfully Submitted,

22

23  DATED: March 29, 2010            BERNSTEIN LITOWITZ BERGER &
                                     GROSSMANN LLP
24

25                                   By   /s/ Timothy A. DeLange
26                                        Timothy A. DeLange

27                                   Blair Nicholas (Bar No. 178428)
                                     Timothy A. DeLange (Bar No. 190768)
28

Niki L Mendoza (Bar No. 214646)
Takeo A. Kellar (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
takeok@blbglaw.com

DATED: March 29, 2010          KAHN SWICK & FOTI, LLC


By   */s/ Kim Miller*
        Kim Miller

Kim E. Miller (Bar No. 178370)
Melissa Ryan Clark (*Pro Hac Vice*)
Michael A. McGuane (*Pro Hac Vice*)
500 5th Ave., Suite 1810
New York, NY 10110
Tel:  (212) 696-3730
Fax:  (504) 455-1498
kim.miller@ksfcounsel.com
melissa.clark@ksfcounsel.com
michael.mcguane@ksfcounsel.com
-and-
Lewis S. Kahn (*Pro Hac Vice*)
Sarah C. Boone (Bar No. 268813)
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:  (504) 455-1400
Fax:  (504) 455-1498
lewis.kahn@ksfcounsel.com
sarah.boone@ksfcounsel.com

*Co-Lead Counsel for Lead Plaintiffs*


DATED: March 29, 2010          LATHAM & WATKINS LLP

By   */s/ Chris W. Johnstone*
        Chris W. Johnstone

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chris W. Johnstone (Bar No. 242152)
Patrick E. Gibbs
Michele D. Johnson
Carolyn A. Dawes
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:   (415) 395-8828
Fax:   (415) 395-8095
chris.johnstone@lw.com

*Attorneys for Defendants STEC, Inc.,
Manouch Moshayedi, Mark Moshayedi,
and Raymond D. Cook*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 29, 2010.

/s/ Timothy A. DeLange
Timothy A. DeLange
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:      (858) 793-0070
Fax:     (858) 793-0323
Email:   timothyd@blbglaw.com

## __SERVICE LIST__

| | |
|---|---|
| Kim E. Miller<br>Kahn Swick & Foti, LLC<br>12 East 41st Street, Suite 1200<br>New York, NY 10017<br>Tel: (212) 696-3730<br>-and-<br>Lewis S. Kahn<br>Sarah C. Boone<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel: (504) 455-1400<br>*Court-Appointed Co-Lead Counsel for the Class* | David N. Lake<br>Law Offices of David N. Lake APC<br>16130 Ventura Blvd., Suite 650<br>Encino, CA 91436<br>Tel: (818) 788-5100<br>*Counsel for Plaintiff Ganesh K. Meda* |
| Roy L. Jacobs<br>Roy Jacobs & Associates<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Tel: (212) 867-1156<br>-and-<br>Laurence Paskowitz<br>Paskowitz & Associates<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Tel: (212) 685-0969<br>*Of Counsel for Plaintiff Ganesh K. Meda* | Carolyn A. Dawes<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Tel: (714) 540-1235<br>*Counsel for Defendants STEC, Inc., Manouch Moshayedi, Mark Moshayedi and Raymond D. Cook* |
| Patrick E. Gibbs<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 463-4696<br>*Counsel for Defendants STEC, Inc., Manouch Moshayedi, Mark Moshayedi and Raymond D. Cook* | Christopher W. Johnstone<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 395-8828<br>*Counsel for Defendants STEC, Inc., Manouch Moshayedi, Mark Moshayedi and Raymond D. Cook* |

Doc# 75589