1  LATHAM & WATKINS LLP
      Patrick E. Gibbs, Bar No. 183174
2     *patrick.gibbs@lw.com*
      Chris W. Johnstone, Bar No. 242152
3     *chris.johnstone@lw.com*
   140 Scott Drive
4  Menlo Park, California 94025
   Telephone: +1.650.328.4600
5  Facsimile: +1.650.463.2600

6  LATHAM & WATKINS LLP
      Michele D. Johnson, Bar No. 198298
7     *michele.johnson@lw.com*
      Carolyn A. Dawes, Bar No. 250747
8     *carolyn.dawes@lw.com*
   650 Town Center Drive, 20th Floor
9  Costa Mesa, California  92626-1925
   Telephone: +1.714.540.1235
10 Facsimile: +1.714.755.8290

11 Attorneys for Defendants STEC, Inc.,
   Manouch Moshayedi, Mark Moshayedi and
12 Raymond D. Cook

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15
                          SOUTHERN DIVISION
16

17 | IN RE STEC, INC. SECURITIES LITIGATION | Lead Case No. 8:09-cv-01304-JVS (MLG) |
   | --- | --- |
   | This Document Relates To:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. James V. Selna<br>Court: 10C<br>Date: July 12, 2010<br>Time: 1:30 p.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 8:09-cv-01304-JVS (MLG)
[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

**[PROPOSED] ORDER**

On May 12, 2010, Defendants moved this Court to dismiss plaintiffs' Consolidated Complaint For Violations Of The Federal Securities Laws.

The Court have considered Defendants' Motion to Dismiss and supporting papers, any oppositions to this Motion and reply in support of the Motion, the matters of which judicial notice may properly be taken, the records in the above-captioned case, and any argument of counsel, the Court finding that there is good cause to grant the Motion to Dismiss:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss the Consolidated Complaint For Violations Of The Federal Securities Laws is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2010

_____
Honorable James V. Selna
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 8:09-cv-01304-JVS (MLG)
[PROPOSED] ORDER GRANTING
MOTION TO DISMISS