BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
Blair A. Nicholas  (Bar No. 178428)
blairn@blbglaw.com
Timothy DeLange  (Bar No. 190768)
timothyd@blbglaw.com
Niki Mendoza  (Bar No. 214646)
nikim@blbglaw.com
Takeo A. Kellar  (Bar No. 234470)
takeok@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323


KAHN SWICK & FOTI, LLC
Kim E. Miller  (Bar No. 178370)
kim.miller@ksfcounsel.com
Melissa Ryan Clark (*Pro Hac Vice*)
melissa.clark@ksfcounsel.com
Michael A. McGuane (*Pro Hac Vice*)
michael.mcguane@ksfcounsel.com
500 5th Avenue, Suite 1810
New York, NY 10110
Tel:   (212) 696-3730
Fax:   (504) 455-1498

[additional counsel on signature page]

*Co-Lead Counsel for Lead Plaintiffs
Keith A. Ovitt and Arman Rashtchi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| IN RE STEC, INC. SECURITIES LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.<br>SACV 09-01304-JVS (MLGx)<br><br>NOTICE OF MOTION AND MOTION OF KEITH A. OVITT AND ARMAN RASHTCHI TO CONFIRM APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL<br><br>Date:         July 12, 2010<br>Time:        1:30 p.m.<br>Courtroom: 10C<br>Judge:       Honorable James V. Selna |
|---|---|

# NOTICE OF MOTION AND MOTION

## TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on July 12, 2010, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James V. Selna, United States District Court, Central District of California (Southern Division – Santa Ana), Keith A. Ovitt ("Ovitt") and Arman Rashtchi ("Rashtchi") will, and hereby do, move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and this Court's Orders dated February 8, 2010 (Dkt. No. 61) and March 26, 2010 (Dkt. No. 71), for an order confirming: (i) the appointment of Ovitt and Rashtchi as Lead Plaintiffs pursuant to the PSLRA; and (b) their selection of Bernstein Litowitz Berger & Grossmann LLP and Kahn Swick & Foti, LLC as Lead Counsel for the Class.

This motion is made on the basis that the Court previously properly appointed Ovitt and Rashtchi as the Lead Plaintiffs pursuant to the PSLRA, and properly found that they satisfy the adequacy and typicality requirements of Federal Rule of Civil Procedure 23(a). Further, the Court properly appointed Lead Plaintiffs' selection of counsel as the Lead Counsel in this Consolidated Action.

This Notice of Motion is based upon the Memorandum of Law in support thereof, the Declaration of Blair A. Nicholas in Support of Motion to Confirm Appointment of Lead Plaintiffs and Lead Counsel, the pleadings and files herein, and such other written or oral argument as may be presented to the Court. A Proposed Order is submitted herewith.

Dated: June 14, 2010                    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP


   */s/ Blair A. Nicholas*
   Blair A. Nicholas

| | |
|---|---|
| 1 | |
| 2 | Timothy DeLange<br>Niki Mendoza<br>Takeo A. Kellar<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:   (858) 793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br>nikim@blbglaw.com<br>takeok@blbglaw.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Timothy DeLange
Niki Mendoza
Takeo A. Kellar
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
takeok@blbglaw.com

KAHN SWICK & FOTI, LLC
Kim E. Miller  (Bar No. 178370)
Melissa Ryan Clark (*Pro Hac Vice*)
Michael A. McGuane (*Pro Hac Vice*)
500 5th Avenue, Suite 1810
New York, NY 10110
Tel:   (212) 696-3730
Fax:   (504) 455-1498
kim.miller@ksfcounsel.com
melissa.clark@ksfcounsel.com
michael.mcguane@ksfcounsel.com
-and-
Lewis S. Kahn (*Pro Hac Vice*)
Sarah C. Boone  (Bar No. 268813)
206 Covington Street
Madisonville, LA 70447
Tel:   (504) 455-1400
Fax:   (504) 455-1498
lewis.kahn@ksfcounsel.com
sarah.boone@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs*
*Keith A. Ovitt and Arman Rashtchi*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be deposited into a FedEx box to those indicated as non-registered participants on June 14, 2010.

        /s/ Blair A. Nicholas
        Blair A. Nicholas
        BERNSTEIN LITOWITZ BERGER
           & GROSSMANN LLP
        12481 High Bluff Drive, Suite 300
        San Diego, CA 92130
        Tel:     (858) 793-0070
        Fax:    (858) 793-0323
        Email:  blairn@blbglaw.com

# SERVICE LIST

| | |
|---|---|
| Roy L. Jacobs<br>Roy Jacobs & Associates<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Tel:  (212) 867-1156<br>-and-<br>Laurence Paskowitz<br>Paskowitz & Associates<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Tel:  (212) 685-0969<br><br>*Of Counsel for Plaintiff Ganesh K. Meda*<br><br>Via FedEx | David N. Lake<br>Law Offices of David N. Lake APC<br>16130 Ventura Blvd., Suite 650<br>Encino, CA 91436<br>Tel:  (818) 788-5100<br><br>*Counsel for Plaintiff Ganesh K. Meda*<br><br>Via FedEx |