1    LATHAM & WATKINS LLP
         Patrick E. Gibbs, Bar No. 183174
2        *patrick.gibbs@lw.com*
         Chris W. Johnstone, Bar No. 242152
3        *chris.johnstone@lw.com*
     140 Scott Drive
4    Menlo Park, California 94025
     Telephone:  +1.650.328.4600
5    Facsimile:  +1.650.463.2600

6    LATHAM & WATKINS LLP
         Michele D. Johnson, Bar No. 198298
7        *michele.johnson@lw.com*
     650 Town Center Drive, 20th Floor
8    Costa Mesa, California  92626-1925
     Telephone:  +1.714.540.1235
9    Facsimile:  +1.714.755.8290

10   Attorneys for Defendants STEC, Inc.,
     Manouch Moshayedi, Mark Moshayedi,
11   Raymond D. Cook, and Rajat Bahri

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14                       SOUTHERN DIVISION

15

16   IN RE STEC, INC. SECURITIES
     LITIGATION                              Lead Case No. 8:09-cv-01304-JVS (MLG)
17
                                             **STIPULATION REGARDING**
18   This Document Relates To:               **BRIEFING OF DEFENDANTS'**
                                             **MOTIONS TO DISMISS THE**
19        ALL ACTIONS                        **CONSOLIDATED AMENDED**
                                             **COMPLAINT**
20
                                             Judge:   Hon. James V. Selna
21                                           Court:   10C

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 8:09-cv-01304-JVS (MLG)
STIPULATION RE BRIEFING
OF MOTIONS TO DISMISS

## STIPULATION

WHEREAS on July 14, 2010, the Court issued an order appointing The State of New Jersey, Department of Treasury, Division of Investment as Lead Plaintiff in this action;

WHEREAS on August 13, 2010, Lead Plaintiff manually filed a Consolidated Amended Complaint For Violation Of The Federal Securities Laws (the "Amended Complaint");

WHEREAS the Amended Complaint was not served electronically through the CM/ECF docketing system for five days;

WHEREAS the Amended Complaint was served electronically through the CM/ECF docketing system on August 18, 2010;

WHEREAS the Amended Complaint is 86 pages long and contains 307 paragraphs of allegations;

WHEREAS the Amended Complaint adds new claims under Section 20(A) of the Securities Exchange Act of 1934 and Sections 11, 12(a)(2), and 15 of the Securities Act of 1933;

WHEREAS the Amended Complaint names five additional defendants to the lawsuit;

WHEREAS the parties have agreed to a briefing schedule for any motions to dismiss the Amended Complaint;

WHEREAS in an effort to consolidate the briefing at this stage, the parties have agreed to require parties who are represented by the same counsel to file a single motion to dismiss; and

WHEREAS the parties have agreed to allowing five additional pages of briefing for any motions to dismiss and any opposition briefs.

THEREFORE IT IS STIPULATED AND AGREED that:

1.      Defendants must file any motions to dismiss the Amended Complaint by October 19, 2010.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 8:09-cv-01304-JVS (MLG)
STIPULATION RE  BRIEFING
OF MOTIONS TO DISMISS

1       2.      Lead Plaintiff must file any opposition briefs by December 20, 2010.

2       3.      Defendants must file any reply briefs by February 3, 2011.

3       4.      Defendants who are represented by the same counsel must file a

4 single motion to dismiss.

5       5.      Any motions to dismiss may not to exceed 30 pages.

6       6.      Any opposition briefs may not exceed 30 pages.

7       7.      The page limit for any reply briefs shall remain at 25 pages.

8

9 IT IS SO STIPULATED.

10

11 DATED: August 20, 2010           LATHAM & WATKINS LLP

12

13                       By          /s/

14                           Christopher W. Johnstone
*Attorneys for Defendants STEC,*

15                         *Inc., Manouch Moshayedi, Mark*
*Moshayedi, Raymond D. Cook, and*

16                         *Rajat Bahri*

17

18

19

20 DATED: August 20, 2010           BINGHAM McCUTCHEN LLP

21

22                       By

23                         John D. Pernick
*Attorneys for Defendants Barclays*

24                         *Capital Inc., Deutsche Bank*
*Securities Inc., J.P. Morgan*

25                         *Securities Inc., and Oppenheimer &*
*Co., Inc.*

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Case No. 8:09-cv-01304-JVS (MLG)
STIPULATION RE BRIEFING
OF MOTIONS TO DISMISS

1   DATED: August 20, 2010                    LABATON SUCHAROW LLP

2

3                                             By _____

4                                             Thomas A. Dubbs
                                              Martis Alex
5                                             Thomas G. Hoffman, Jr.

6                                             LIM, RUGER & KIM, LLP
                                              Christopher Kim
7                                             Lisa J. Yang

8                                             LITE DePALMA GREENBERG,
                                              LLC
9                                             Allyn Z. Lite
                                              Bruce D. Greenberg
10
                                              *Attorneys for Lead Plaintiff The*
11                                            *State of New Jersey, Department of*
                                              *Treasury, Division of Investment*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28