LATHAM & WATKINS LLP
  Patrick E. Gibbs, Bar No. 183174
  *patrick.gibbs@lw.com*
  Chris W. Johnstone, Bar No. 242152
  *chris.johnstone@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

LATHAM & WATKINS LLP
  Michele D. Johnson, Bar No. 198298
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Attorneys for Defendants STEC, Inc.,
Manouch Moshayedi, Mark Moshayedi,
Raymond D. Cook, and Rajat Bahri

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 8:09-cv-01304-JVS (MLG)<br><br>**ORDER REGARDING BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Hon. James V. Selna<br>Court: 10C |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 8:09-cv-01304-JVS (MLG)
[PROPOSED] ORDER
RE BRIEFING OF MTD

# [PROPOSED] ORDER

The Court has received and reviewed the Stipulation Regarding Briefing Of Defendants' Motions To Dismiss The Consolidated Amended Complaint. Based upon that Stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Defendants must file any motions to dismiss the Amended Complaint by September 20, 2010. **[Note changed date.]**

2. Lead Plaintiff must file any opposition briefs by October 25, 2010. **[Note changed date.]**

3. Defendants must file any reply briefs by November 15, 2011. **[Note changed date.]**

4. Defendants who are represented by the same counsel must file a single motion to dismiss.

5. Any motions to dismiss may not to exceed 30 pages.

6. Any opposition briefs may not exceed 30 pages.

7. The page limit for any reply briefs shall remain at 15 pages. **[Note change.]**

8. A hearing on the motion(s) will be held at 1:30 p.m., December 6, 2010. **[Note new date.]**

IT IS SO ORDERED.

DATED: August 23, 2010

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 8:09-cv-01304-JVS (MLG)
[PROPOSED] ORDER
RE BRIEFING OF MTD