Christopher Kim (Bar No. 082080)
christopher.kim@limruger.com
Lisa J. Yang (Bar No. 208971)
lisa.yang@limruger.com
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2554
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

**DENIED BY ORDER OF THE COURT**

| | |
|---|---|
| Thomas A. Dubbs (*Pro Hac Vice*) <br> tdubbs@labaton.com <br> Martis Alex (Bar No. 77903) <br> malex@labaton.com <br> LABATON SUCHAROW LLP <br> 140 Broadway <br> New York, New York 10005 <br> Telephone: (212) 907-0700 <br> Facsimile: (212) 818-0477 | Allyn Z. Lite (*Pro Hac Vice*) <br> alite@litedepalma.com <br> Bruce D. Greenberg (*Pro Hac Vice*) <br> bgreenberg@litedepalma.com <br> LITE DePALMA GREENBERG, LLC <br> Two Gateway Center, 12th Floor <br> Newark, New Jersey 07102 <br> Telephone: (973) 623-3000 <br> Facsimile: (973) 623-0858 |

*Attorneys for New Jersey and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | No. SACV 09-01304-JVS (MLGx) <br><br> **[PROPOSED] ORDER REGARDING UNOPPOSED *EX PARTE* APPLICATION OF LEAD PLAINTIFF FOR AN ORDER SHORTENING TIME OR, IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE HEARING ON THE MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL** <br><br> Judge: Hon. James V. Selna <br> Court: 10C |

1    The Court has received and reviewed the Unopposed *Ex Parte* Application
2    of Lead Plaintiff for an Order Shortening Time or, in the Alternative, for a
3    Continuance of the Hearing on the Motion for Certification of Interlocutory
4    Appeal. Based upon that Application and for good cause shown,

5    **IT IS HEREBY ORDERED** that the hearing on the Motion for
6    Certification for Interlocutory Appeal (Docket No. 26) filed by former lead
7    plaintiffs Arman Rashtchi and Keith Ovitt shall take place on _____,
8    2010 at _____a.m./p.m.

10   **IT IS SO ORDERED**.

**DENIED**
BY ORDER OF THE COURT

12   Dated: _____, 2010    _____
                                    THE HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

15   Denied as moot in view of Court's decision to vacate oral argument.
     JVS 8-24-10