Name & Address: Martis Alex (Bar No. 77903)
malex@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>PLAINTIFF(S)<br>V.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>No. SACV 09-01304-JVS (MLGx)<br><br><br>SUMMONS |

TO: DEFENDANT(S): Barclays Capital Inc., c/o CT Corporation, 111 Eighth Avenue, New York, New York 10011

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __consolidated__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Martis Alex__, whose address is __Labaton Sucharow LLP, 140 Broadway, New York, New York, 10005__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUG 13 2010__       By: __ROLLS ROYCE PASCHAL__
                                   Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE STEC, INC. SECURITIES
LITIGATION

Case No.
SACV 09-01304-JVS (MLGx)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Reginald Hunter, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Bronx, NY:

On August 19, 2010 at 12:55 p.m. at 111Eighth Avenue, New York, NY 10011, I served the within **SUMMONS and CONSOLIDATED AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAW on BARCLAYS CAPITAL INC,** defendant therein named, by delivering a true copy of same to **AIXA FLORES** c/o **C.T. CORPORATION** Registered Agent.

The person served was a Hispanic female, brown hair, 40-50 years old, 5'2"-5'5" in height, 120-130 pounds.

_____
Reginald Hunter
License No. 1346142

Sworn to before me this
19th day of August 2010

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA4990593
Qualified in Westchester County
My Commission Expires January 13, 2014

LEGALEASE INC.
139 Fulton Street Suite 1013, New York, NY 10038
P: 212-393-9070  800-393-1277  www.legaleaseinc.com