1   Christopher Kim (Bar No. 082080)
2   christopher.kim@limruger.com
    Lisa J. Yang (Bar No. 208971)
3   lisa.yang@limruger.com
4   LIM, RUGER & KIM, LLP
    1055 West Seventh Street, Suite 2800
5   Los Angeles, California 90017-2554
6   Telephone: (213) 955-9500
    Facsimile: (213) 955-9511
7

8   Thomas A. Dubbs (*Pro Hac Vice*)         Allyn Z. Lite (*Pro Hac Vice*)
    tdubbs@labaton.com                       alite@litedepalma.com
9   Martis Alex (Bar No. 77903)              Bruce D. Greenberg (*Pro Hac Vice*)
10  malex@labaton.com                        bgreenberg@litedepalma.com
    LABATON SUCHAROW LLP                     LITE DePALMA GREENBERG, LLC
11  140 Broadway                             Two Gateway Center, 12th Floor
    New York, New York 10005                 Newark, New Jersey 07102
12  Telephone: (212) 907-0700                Telephone: (973) 623-3000
13  Facsimile: (212) 818-0477                Facsim  Facsimile: (973) 623-0858

14

15          *Attorneys for Plaintiffs and Lead Counsel for the Class*

16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19                  **SOUTHERN DIVISION**

20  IN RE STEC, INC. SECURITIES          )
21  LITIGATION                           )   Case No. 8:09-cv-01304-JVS (MLGx)
    _____         )
22                                       )   **ORDER REGARDING BRIEFING**
    This Document Relates To:            )   **ON DEFENDANTS' MOTIONS TO**
23                                       )   **DISMISS THE SECOND**
            **ALL ACTIONS**              )   **CONSOLIDATED AMENDED**
24                                       )   **COMPLAINT**
                                         )
25                                       )   Judge:  Hon. James V. Selna
                                         )   Court:  10C
26  _____         )
27

28

LIM, RUGER & KIM, LLP

1    The Court has received and reviewed Lead Plaintiff's *Ex Parte* Application

2  for an Order Regarding Briefing on Defendants' Motions to Dismiss the Second

3  Consolidated Amended Complaint.  Based upon that Application, IT IS HEREBY

4  ORDERED:

5    1.    Defendants who are represented by the same counsel shall file a

6  single motion to dismiss and a single set of motion papers.

7    2.    Initial briefs submitted in support of motions to dismiss shall not

8  exceed thirty (30) pages.

9    3.    Opposition briefs shall not exceed thirty (30) pages.

10    4.    Reply briefs shall not exceed fifteen (20) pages.

11

12  **IT IS SO ORDERED.**

13

14  DATED:  March 15, 2011

15

16  _____

   THE HONORABLE JAMES V. SELNA

   UNITED STATES DISTRICT JUDGE

LIM, RUGER & KIM, LLP