LATHAM & WATKINS LLP
    Patrick E. Gibbs, Bar No. 183174
    *patrick.gibbs@lw.com*
    Chris W. Johnstone, Bar No. 242152
    *chris.johnstone@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600

LATHAM & WATKINS LLP
    Michele D. Johnson, Bar No. 198298
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  +1.714.540.1235
Facsimile:  +1.714.755.8290

Attorneys for Defendants STEC, Inc.,
Manouch Moshayedi, Mark Moshayedi,
Raymond D. Cook, and Rajat Bahri

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 8:09-cv-01304-JVS (MLG)<br><br>**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**<br><br>Judge:   Hon. James V. Selna<br>Court:   10C |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 8:09-cv-01304-JVS (MLG)
AMENDED CERTIFICATION AND NOTICE
OF INTERESTED PARTIES

1   The undersigned, counsel of record for Defendants STEC, Inc., Manouch

2   Moshayedi, Mark Moshayedi, Raymond D. Cook and Rajat Bahri, certifies that the

3   following listed party may have a pecuniary interest in the outcome of this case.

4   This representation is made to the Court to evaluate possible disqualification or

5   recusal. A similar notice was filed on January 29, 2010. (Dkt. #58.)

6

7   Rajat Bahri, Defendant

8

9

10   DATED: March 28, 2011                LATHAM & WATKINS LLP

11

12                                        By _____/s/_____

13                                        Christopher W. Johnstone
                                          *Attorneys for Defendants STEC,*
14                                        *Inc., Manouch Moshayedi, Mark*
                                          *Moshayedi, Raymond D. Cook, and*
15                                        *Rajat Bahri*

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 8:09-cv-01304-JVS (MLG)
AMENDED CERTIFICATION AND NOTICE
OF INTERESTED PARTIES