UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 09-01304-JVS (MLGx)** <br> consolidated with SACV 09-1306-JVS(MLGX; SACV 09-1315-JVS(MLGx); SACV 09-1320-JVS(MLGx); SACV 09-1460-JVS(MLGx): and CV 09-8536-JVS(MLGx) | Date | February 27, 2012 |
| Title | **In re Stec Inc. Securities Litigation** | | |

Present: The Honorable    James V. Selna

| Karla Tunis / Adrianna Gonzalez | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Dubbs <br> James Johnson <br> Bruce Greenberg | Patrick Gibbs <br> Michele Johnson |

**Proceedings:   West Virginia Laborers' Turst Fund's Motion for Leave to Intervene Regarding Plaintiffs' Motion for Class Certification (Fld 1-6-12)**

**Plaintiff's Motion to Certify Class (Fld 11-21-11)**

**Interim Status Conference**

Cause called and counsel make their appearances.  The Court's tentative ruling is issued. Counsel make their arguments.  The Court takes the above referenced motions under submission.

The case is stayed for the next 60 days, except for discovery.   Parties are to continue forward with depositions.  The Court sets a Status Conference for May 8, 2012 at 8:00 a.m.  Counsel shall file a Joint Report not later than May 2, 2012.

|   |   |   |
|---|---|---|
| 0 | : | 46 |

Initials of Preparer:    ag for kjt