**FILED**

UNITED STATES COURT OF APPEALS

JUN 14 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT,<br><br>Plaintiff - Petitioner,<br><br>v.<br><br>STEC, INC.; et al.,<br><br>Defendants - Respondents. | No. 12-80072<br><br>D.C. No. 8:09-cv-01304-JVS-MLG<br>Central District of California, Santa Ana<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: LEAVY and McKEOWN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's March 7, 2012 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

ec/MOATT