Christopher Kim (Bar No. 082080)
christopher.kim@limruger.com
Lisa J. Yang (Bar No. 208971)
lisa.yang@limruger.com
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2554
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

Thomas A. Dubbs (*Pro Hac Vice*)
tdubbs@labaton.com
James W. Johnson (*Pro Hac Vice*)
jjohnson@labaton.com
Richard T. Joffe (*Pro Hac Vice*)
rjoffe@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Allyn Z. Lite (*Pro Hac Vice*)
alite@litedepalma.com
Bruce D. Greenberg (*Pro Hac Vice*)
bgreenberg@litedepalma.com
LITE DePALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

*Attorneys for Lead Plaintiff, the State of New Jersey, Department of Treasury, Division of Investment, Plaintiff International Brotherhood of Electrical Workers, Local 103, The Norfolk County Retirement System and Lead Counsel for the Class*

Thomas Bienert, Jr.
tbienert@bmkattorneys.com
BIENERT, MILLER & KATZMAN
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Robert S. Green
rsg@classcounsel.com
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Attorneys for Plaintiff Mark Ripperda*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No.  SACV 09-01304-JVS (MLGx)<br><br>**CLASS REPRESENTATIVES' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: November 5, 2012<br>Time:            1:30 p.m.<br>Judge:           Honorable James V. Selna<br>Courtroom:   10C |

| | |
|---|---|
| 1 | **TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD** |
| 2 | **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of |
| 3 | Points and Authorities and the Declaration of James W. Johnson, dated October 5, |
| 4 | 2012, the exhibits attached thereto, Lead Plaintiff State of New Jersey, Department |
| 5 | of Treasury, Division of Investment and Plaintiffs International Brotherhood of |
| 6 | Electrical Workers, Local 103 and The Norfolk County Retirement System, along |
| 7 | with Mark Ripperda (collectively, "Class Representatives"), move the Court, |
| 8 | before the Honorable James V. Selnam United States District Judge, Central |
| 9 | District of California, at the United States Courthouse, 411 West Fourth Street, |
| 10 | Courtroom 10C, Santa Ana, CA 92701-4516, for an order, pursuant to Federal |
| 11 | Rules of Civil Procedure 23: (a) preliminarily approving the proposed Settlement; |
| 12 | (b) approving the proposed forms of the notice of pendency of class action and |
| 13 | proposed Settlement; (c) approving the proposed methods of disseminating notice; |
| 14 | (d) preliminarily certifying, for purposes of the settlement only, the Class for the |
| 15 | purposes of Class Representatives' claims under the Securities Act of 1933; |
| 16 | (e) appointing Mark Ripperda as a class representative for the Class for purposes of |
| 17 | the Settlement only; (f) setting a date for the Settlement Hearing; and (g) such |
| 18 | other and further relief as this Court deems just and proper. Defendants will not |
| 19 | oppose the motion. |
| 20 | PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request |
| 21 | oral argument on this motion. |
| 22 | Dated: October 5, 2012                                       Respectfully submitted, |
| 23 | LABATON SUCHAROW LLP |
| 25 | */s/ Thomas A. Dubbs* |
| 26 | Thomas A. Dubbs (*Pro Hac Vice*)<br>tdubbs@labaton.com |
| 27 | James W. Johnson (*Pro Hac Vice*)<br>jjohnson@labaton.com |
| 28 | Richard T. Joffe (*Pro Hac Vice*)<br>rjoffe@labaton.com |

CLASS REPRESENTATIVES' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - NO. SACV 09-01304-JVS (MLGx)

| | |
|---|---|
| 1 | Thomas G. Hoffman, Jr. (*Pro Hac Vice*) |
| 2 | thoffman@labaton.com<br>140 Broadway |
| 3 | New York, NY 10005<br>Telephone: (212) 907-0700 |
| 4 | Facsimile: (212) 818-0477 |
| 5 | *-and-* |
| 6 | LITE DEPALMA GREENBERG, LLC |
| 7 | |
| 8 | */s/ Allyn Z. Lite*<br>Allyn Z. Lite (*Pro Hac Vice*) |
| 9 | alite@litedepalma.com<br>Bruce D. Greenberg (*Pro Hac Vice*) |
| 10 | bgreenberg@litedepalma.com<br>Katrina Carroll (*Pro Hac Vice*) |
| 11 | kcarroll@litedepalma.com<br>Two Gateway Center, 12th Floor |
| 12 | Newark, NJ 07102<br>Telephone: (973) 623-3000 |
| 13 | Facsimile: (973) 623-0858 |
| 14 | *Attorneys for Lead Plaintiff, Plaintiffs<br>and Co-Lead Counsel for the Class* |
| 15 | |
| 16 | Christopher Kim (Bar No. 082080)<br>*christopher.kim@limruger.com* |
| 17 | Lisa J. Yang (Bar No. 208971)<br>*lisa.yang@limruger.com* |
| 18 | LIM, RUGER & KIM, LLP<br>1055 West Seventh Street, Suite 2800 |
| 19 | Los Angeles, CA 90017<br>Telephone: (213) 955-9500 |
| 20 | Facsimile: (213) 955-9511 |
| 21 | *Attorneys for Lead Plaintiff, Plaintiffs<br>and Liaison Counsel for the Class* |
| 22 | |
| 23 | GREEN & NOBLIN, P.C. |
| 24 | */s/ Robert S. Green* |
| 25 | Robert S. Green<br>*rsg@classcounsel.com* |
| 26 | 700 Larkspur Landing Circle<br>Suite 275 |
| 27 | Larkspur, CA 94939<br>Telephone: (415) 477-6700 |
| 28 | Facsimile: (415) 477-6710 |

CLASS REPRESENTATIVES' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - NO. SACV 09-01304-JVS (MLGx)

2

| | |
|---|---|
| 1 | BIENERT, MILLER & KATZMAN |
| 2 | Thomas Bienert, Jr. |
| | *tbienert@bmkattonreys.com* |
| 3 | 903 Calle Amanecer, Suite 350 |
| | San Clemente, CA 92673 |
| 4 | Telephone: (949) 369-3700 |
| | Facsimile: (949) 369-3701 |
| 5 | *Attorneys for Mark Ripperda* |

CLASS REPRESENTATIVES' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - NO. SACV 09-01304-JVS (MLGx)

3