Christopher Kim (Bar No. 082080)
christopher.kim@limruger.com
Lisa J. Yang (Bar No. 208971)
lisa.yang@limruger.com
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017-2554
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

Thomas A. Dubbs (*Pro Hac Vice*)
tdubbs@labaton.com
James W. Johnson (*Pro Hac Vice*)
jjohnson@labaton.com
Richard T. Joffe (*Pro Hac Vice*)
rjoffe@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Allyn Z. Lite (*Pro Hac Vice*)
alite@litedepalma.com
Bruce D. Greenberg (*Pro Hac Vice*)
bgreenberg@litedepalma.com
LITE DePALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

*Attorneys for Lead Plaintiff, the State of New Jersey, Department of Treasury, Division of Investment, Plaintiff International Brotherhood of Electrical Workers, Local 103, The Norfolk County Retirement System and Lead Counsel for the Class*

Thomas Bienert, Jr.
tbienert@bmkattorneys.com
BIENERT, MILLER & KATZMAN
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Robert S. Green
rsg@classcounsel.com
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Attorneys for Plaintiff Mark Ripperda*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No.  SACV 09-01304-JVS (MLGx)<br><br>**DECLARATION OF JAMES W. JOHNSON**<br><br>Hearing Date: May 20, 2013<br>Time:            1:30 p.m.<br>Judge:          Honorable James V. Selna<br>Courtroom:   10C |

1       James W. Johnson, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

2       1.    I am a member of the law firm of Labaton Sucharow LLP.  I submit

3   this declaration in support of Class Representatives' Reply Memorandum in

4   Further Support of Class Representatives' Motion for Final Approval of Settlement

5   and Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Expenses.  I

6   have personal knowledge of the matters testified to herein.

7       2.    Annexed hereto as Exhibit A is a true and correct copy of the

8   objection of Thomas Dougherty to Bernstein Litowitz Berger & Grossman LLP's

9   motion for an award of attorneys' fees and reimbursement of litigation expenses.

10      3.    After receiving and considering the objection to the Plan of Allocation

11  submitted by Jordan Grayson, Managing Partner of Outpoint Capital Management

12  ("Outpoint"), ECF No. 390, we consulted with Lead Plaintiff's damages expert

13  who developed the Plan of Allocation and the Claims Administrator concerning

14  Outpoint's after hours transactions.  Given the range of trading prices, we believe

15  that it is equitable to treat claimants who sold STEC common stock on: (a)

16  November 3, 2009 after the close of trading and after the issuance of the partial

17  corrective disclosure as having sold on November 4, 2009; and (b) February 23,

18  2010 after the close of trading and after the issuance of the final corrective

19  disclosure as having sold on February 24, 2010.

20      4.    Annexed hereto as Exhibit B is the Supplemental Affidavit of Jose C.

21  Fraga Regarding (A) Mailing of Notice and Proof of Claim; (B) Requests for

22  Exclusion; and (C) Objections.

23      I declare under penalty of perjury that the foregoing is true and correct.

24  Executed on May 6, 2013.

25          /s/ James W. Johnson

26          JAMES W. JOHNSON

27

28