| | |
|---|---|
| Christopher Kim (Bar No. 082080)<br>christopher.kim@limruger.com<br>Lisa J. Yang (Bar No. 208971)<br>lisa.yang@limruger.com<br>LIM, RUGER & KIM, LLP<br>1055 West Seventh Street, Suite 2800<br>Los Angeles, California 90017-2554<br>Telephone: (213) 955-9500<br>Facsimile: (213) 955-9511 | |
| Thomas A. Dubbs (*Pro Hac Vice*)<br>tdubbs@labaton.com<br>James W. Johnson (*Pro Hac Vice*)<br>jjohnson@labaton.com<br>Richard T. Joffe (*Pro Hac Vice*)<br>rjoffe@labaton.com<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 | Allyn Z. Lite (*Pro Hac Vice*)<br>alite@litedepalma.com<br>Bruce D. Greenberg (*Pro Hac Vice*)<br>bgreenberg@litedepalma.com<br>LITE DePALMA GREENBERG, LLC<br>Two Gateway Center, 12th Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 623-3000<br>Facsimile: (973) 623-0858 |

*Attorneys for Lead Plaintiff, the State of New Jersey, Department of Treasury, Division of Investment, Plaintiff International Brotherhood of Electrical Workers, Local 103 and Norfolk County Retirement System and Lead Counsel for the Class*

| | |
|---|---|
| Thomas Bienert, Jr.<br>tbienert@bmkattorneys.com<br>BIENERT, MILLER & KATZMAN<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>Telephone: (949) 369-3700<br>Facsimile: (949) 369-3701 | Robert S. Green<br>rsg@classcounsel.com<br>GREEN & NOBLIN, P.C.<br>700 Larkspur Landing Circle, Suite 275<br>Larkspur, CA 94939<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710 |

*Attorneys for Plaintiff Mark V. Ripperda*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE STEC, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS | No.  SACV 09-01304-JVS (MLGx)<br>**DISTRIBUTION ORDER**<br>Judge: Hon. James V. Selna |

THIS MATTER having come before the Court on Class Representatives' Motion for Distribution Order, the Settlement having reached its Effective Date, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated as of October 5, 2012, and as amended on February 20, 2013 (the "Stipulation"), filed with the Court.

2. The administrative recommendations of The Garden City Group, Inc. ("GCG"), the Court-appointed Claims Administrator, to accept the Proof of Claim and Release forms ("Proofs of Claim"), including the late but otherwise eligible Proofs of Claim, listed in Exhibits B-1 and B-2 to the Declaration of Ellen E. Riley in Support of Motion for Distribution of the Net Settlement Fund, dated March 14, 2014 ("Riley Declaration"), are hereby APPROVED.

3. As determined by the Claims Administrator, wholly rejected or otherwise ineligible Proofs of Claim are hereby REJECTED.

4. The Distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Stipulation and distribution plan for payment of the Net Settlement Fund, set forth in paragraphs 43-51 of the Riley Declaration, which is hereby APPROVED.

5. New Proofs of Claim received after February 25, 2014 will be rejected as untimely and will not be accepted for any reason.

6. A payment in the amount of $199,226.09 from the Settlement Fund for the outstanding fees and expenses of the Claims Administrator, The Garden City Group, Inc., in payment for the balance of its fees and expenses in connection with the administration of the Settlement and its fees and expenses to be incurred

in connection with the Distribution of the Net Settlement Fund is hereby APPROVED.

7. Pursuant to the Stipulation, at least six months after the Distribution, if there is a remaining balance in the Net Settlement Fund such that it is cost effective to redistribute the remaining funds, an additional distribution to Authorized Claimants who have cashed their Distribution checks shall occur in an equitable and economic fashion, after the payment of any Taxes and additional Notice and Administration Expenses related to said re-distribution, with additional redistributions thereafter in six-month intervals until GCG and Class Representatives determine that further redistribution is not cost-effective.

8. The Class Representatives are directed to make a further application to the Court concerning any balance that still remains in the Net Settlement Fund, after the redistributions described above and payment of Notice and Administration Expenses, Taxes, and attorneys' fees and expenses, if any, that is not cost-effective to distribute to Authorized Claimants.

9. The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

10. GCG is authorized to destroy paper copies of the Proofs of Claim and all supporting documents one year after the Distribution of the Net Settlement

1  Fund, and to destroy electronic copies of the same three years after the Distribution
2  of the Net Settlement Fund.
3      11.    The Court retains jurisdiction to consider any further applications
4  concerning the administration of the Settlement, and such other and further relief
5  as this Court deems appropriate.

    IT IS SO ORDERED.

    DATED: April 28, 2014

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE